# UNITED STATES DISTRICT COURT  FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Darrell Sandford Prince in Rel United States

Plaintiff,


v.

United States a municipal corporation in its form
And Relevant Article Authorities
Donald Trump
Defendants.


# Petition for (Hearing)/ Notice of Appeal

# 8

## UNITED STATES DISTRICT COURT  FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES DISTRICT COURT  FOR THE EASTERN DISTRICT OF PENNSYLVANIA... 0

8.............................................................................................................................. 1

Questions Presented........................................................................................... 3

Questions Presented........................................................................................... 5

Argument............................................................................................................. 6

II. STANDARD FOR RECONSIDERATION........................................................ 6

    **I. ATTENTION.............................................................................................6**

    **II. VIOLATION OF HAVA VOTING SYSTEM STANDARDS............................. 6**

    **III. WISCONSIN PRESIDENTIAL ELECTION RECOUNT – LEGAL AND TECHNICAL OBSERVATIONS.....................................................................................7**

    **IV. STATUTORY VIOLATIONS.......................................................................8**

    **V. PATTERN, PRACTICE, AND ENFORCEMENT......................................... 8**

    VI. IMPACT ON ELECTION ADMINISTRATION............................................ 8

Standard.............................................................................................................11

Declaration of Independence, 2nd indictment................................................... 11

Shapiro v. McManus, 577 U.S. 39, 44 (2015)................................................... 12

Standing-.......................................................................................................... 13

    DARRELL SANFORD PRINCE,................................................................ 16

    v.................................................................................................................. 16

    UNITED STATES OF AMERICA............................................................... 16

MEMORANDUM................................................................................................ 16

I. FACTUAL ALLEGATIONS    (Claims Summary)............................................ 17

II. STANDARD OF REVIEW............................................................................. 20

III. DISCUSSION.............................................................................................. 21

Lord Holt, Ashby v White(1703)........................................................................ 23

Plaintiff's alleged interest in the question submitted is not such as to afford a basis for this proceeding. It is frankly a proceeding to have the Nineteenth Amendment declared void.... 28

IV. CONCLUSION............................................................................................. 34

For timing lack of discussion later : Constitutional ministerial mandates admitted by Congress trump - whatever, (Supremacy clause) these matters are as evergreen as the forests, or more so than Manhattan's once famous ones,

> The Honorable Ruth Bader Ginsburg, speaking for a unanimous Court, in Kontrick v Ryan.

*"[I]T IS AXIOMATIC" THAT SUCH RULES "DO NOT CREATE OR WITHDRAW FEDERAL JURISDICTION." Owen Equipment & Erection Co. v. Kroger, 437 U. S. 365, 370 (1978). As Bankruptcy Rule 9030 states, the Bankruptcy Rules "shall not be construed to extend or limit the jurisdiction of the courts." Rule 9030's forerunner—its counterpart in the Federal Rules of Civil Procedure, Rule 82—similarly states: "These rules shall not be construed to extend or limit the jurisdiction of the United States district courts . . . ." See 12 C. Wright, A. Miller, & R. Marcus, Federal Practice and Procedure §3141, pp. 484–485 (2d ed. 1997) ("Rule 82 states [the] important principle" that "[t]he rules merely prescribe the method by which the jurisdiction granted the courts by Congress is to be exercised."); Schacht v. United States, 398 U. S. 58, 64 (1970) ("The procedural rules adopted by the Court for the orderly transaction of its business are not jurisdictional . . . .").*

Amendment Noter

Retroactive consolidation of all claims at an
in all the case law quoted in the decision
as **qui tam pro domino rege  pro se ipso in hac parte sequitur** pertaining to what is substantial fraud, and substantial false claims in US government actions  brought under the private attorney doctrine and  review of the MANDORory 42 USC 1988- **Newman v. Piggie Park Enterprises, Inc., 390 US 400 - Supreme Court 1968, and under 42 USC 1988- NJ 1929 1 which not only Petitioner is subject matter expert with practical implementation of technical specs for cybersecurity systems built for the most likely interference is from inside and possibly outside 21 CFR part 11 this elections fraud crap is less complex than your phones qc check on Game of Thrones downloads if properly managed, and the system of record the one I told this court as an expert was a problem has blown into national controversy that could have been stopped with a HEARING, if you dont understand ask, but if it has value to somebody, talk to them about it and the out come will be better , anything to the contrary not withstanding .**

**The**

> It has long been held that a suit "arises under" the Constitution if a petitioner's claim "will be sustained if the Constitution . . . [is] given one construction and will be defeated if [it is] given another."[37] _Bell v. Hood, 327 U. S. 678, 685 (1946)._ See _King County v. Seattle School District No. 1, 263 U. S. 361, 363-364 (1923)._ Cf. _Osborn v. Bank of the United States, 9 Wheat. 738 (1824)._ See generally C. Wright, Federal Courts 48-52 (1963). Thus, this case clearly is one "arising under" the Constitution as the Court has interpreted that phrase. Any bar to federal courts reviewing the judgments made by the House or Senate in excluding a member arises from the allocation of powers between the two branches of the Federal Government (a question of justiciability), and not from the petitioners' failure to state a claim based on federal law.

## Questions Presented

Of                                                              Has the United States conducted all mandatory ministerial mandates necessary to transfer authorit

Joes January the 6th occur if the COurt reviews the evidence submitted to this court in 2017?

Did the Court appropriately review

Since this Court has already set the unusual precedent of defying the Supreme Courts mandate on Apportionment in one of Scalias last cases and him at his absolute best , its duty >>>>>>>>>>>>>>>>>>than mine to know, as it has shaken the hands of these folks,
Is it an accident that the Court uses Manny Mo and Jack and exterritorial environmental case law to dismiss voting rights cases through obvious Article III responsibilities?

What is the judicially manageable standard for generalized grievances

What does Lujan's subject matter have to do with voting rights cases as the primary subject matter dismissal?

What duty does the Court have to hear cases of national security

Which prong of Lujan failed in this case?

Was 42 USC 1988 search for jurisdiction applied?

NJ state law 19 29 is controlling here, was it applied correctly in this matter/'


Do District Courts have to follow Supreme Court mandates, Constitutional mandates?

What part of Judge Friendly's Some kind of hearing are fulfilled

What duty does the Court have to see the Constitution implemented?

Can the Courts obscure Constitutional mandates with their rulings legally?

What is due process for dealing with  voting rights Apportionment complaints according to the law >

If the court assumes the claim to be true,  can they shut the door on unfulfilled constitutional mandates?

WHAT CONSTITUTIONAL OR STATUTORY TEXT SUPPORTS "generalized grievances" exception to the 1st amendment?


The failure to hear these claims each day is Causing Controversies to which the United States is party,
and the clarification of these issues b

Do District Courts have to follow Supreme Court mandates, Constitutional mandates?

What duty does the Court have to see the Constitution implemented?

What are the Court's duties to process evidence or to refer evidence that may amount to crimes under misprision of a felony and misprision of treason?

What are government officials duties and liabilities under 42 USC 1986, misprision of a felony and misprision of treason?

Can the Courts obscure Constitutional mandates with their rulings legally?

What is due process for dealing with  voting rights Apportionment complaints according to the law

Has there been evidentiary review for this or any
of the cases brought before this Court ?

Do the unqualified electors

## Questions Presented

How does the 1st amendment affect "Article III" standing?

Where does the Constitution say standing?

What relevance to the Court's subject matter of voting, is an extraterritoriality environmentalism
case?

Was the Constitution, like the "irreducible constitutional minimum" half passed on plurality
decision?

Does 28 USC 2284 allow a single judge to dismiss a Constitutional Apportionment Case without
review

Why doesn't the Court summarize the complaint?
Does the Court's dismissal

Has this court conducted "evidentiary review"?

Did the lower Court demonstrate standing dismissal or did it just invoke Lujan, with less
deference to

Do judicial actions have any standard at all, and what evidence is there in this case

Has this Petitioner had hearing

Constitutional Challenge to the Apportionment of Congress,
28  authority to dismiss

# Argument

## II. STANDARD FOR RECONSIDERATION

A motion for reconsideration is appropriate where the Court has

(1) overlooked controlling law or material facts,

Darrell Prince
nucleartransformation@gmail.com
1338 G ST SE
Washington DC 20003
(347)286-8248

AFFIDAVIT OF DARRELL PRINCE
Federal Systems of Records Expert
I, Darrell Sanford Prince, hereby attest and state under penalty of perjury as follows:

## I. ATTENTION

I submit this affidavit based on my expertise in federal records compliance, including formal training in 21 CFR Part 11 at Merck & Ortho McNeil, and 42 U.S.C. § 1988.

## II. VIOLATION OF HAVA VOTING SYSTEM STANDARDS

On November 8, 2016, I cast my ballot in the Presidential election using a Direct Recording Electronic (DRE) voting machine in Mays Landing, New Jersey.
Under HAVA § 15481(a)(2)(B)(i) and (iii) (42 U.S.C. § 15481(a)(2)(B)(i), (iii); Public Law 107-252, § 301(a)(2)(B)(i), (iii)), all voting systems used in federal elections must produce a permanent, voter-verifiable paper record:
"The voting system shall produce a permanent paper record with a manual audit capacity for such system." (i)
The paper record produced under subparagraph (A) shall be available as an official record for any recount conducted with respect to any election in which the system is used." (iii)
Under New Jersey law, as interpreted by *Gusciora v. McGreevey*, all voting systems must produce voter-verified paper records to ensure transparency and verifiable recounts. The DRE machine I used violated this requirement.

The DRE machine I used did not produce any paper record, meaning it cannot support a proper audit or recount. As an expert in federal records compliance, using such a machine is akin to being handed

a dry erase board stamped with the Congressional seal: there is no permanent record, and the results cannot be independently verified. This deficiency mirrors concerns highlighted by the Brennan Center regarding electronic voting systems without paper backups.

I have heightened sensitivity to systemic risks in electronic voting systems. The absence of a voter-verifiable paper record in the machine I used is not just a singular violation; it indicates that similar vulnerabilities likely exist in other jurisdictions and systems. This oversight demonstrates a fundamental weakness in election infrastructure, creating potential for widespread errors or unverified results.

The machine I used was purchased with HAVA funds but is specifically prohibited under HAVA for failing to produce voter-verifiable paper records. This mirrors the pattern and practice referenced in *Prince v. Kobach*, demonstrating systemic under-enforcement of federal election laws.

---

## III. WISCONSIN PRESIDENTIAL ELECTION RECOUNT – LEGAL AND TECHNICAL OBSERVATIONS

I.   Retabulation Is Not a Recount
The 2016 Trump-Clinton presidential election recount in Wisconsin, specifically in Milwaukee, was conducted as a machine retabulation of ballots. Retabulation consists of performing the same operation on digital images or electronic records of votes. A computer executing the same program on the same inputs cannot produce a different result and does not independently verify the election process or original ballots.

2.   Federal Law Requires Paper-Based Recounts
HAVA § 15481(a)(2)(B)(iii) mandates that the paper record produced by the voting system be the official record for any recount. A recount must involve the paper ballots themselves, either through manual hand count or, if using machines, reloading all ballots to verify totals against the paper record. The 2016 Wisconsin recount did not comply with this requirement, relying solely on machine retabulation.

3.   Machines Purchased with and Outlawed by HAVA
The machines used in Wisconsin were purchased using HAVA funds but are prohibited under HAVA for failing to produce voter-verifiable paper records. My own voting machine in New Jersey were likewise purchased with HAVA funds and prohibited under HAVA, demonstrating a pattern and practice of under-enforced federal election laws.

---

## IV. STATUTORY VIOLATIONS

New Jersey DRE Machine

I.   Violates HAVA § 15481(a)(2)(B)(i): Failed to produce a permanent paper record with manual audit capacity.

II.   Violates HAVA § 15481(a)(2)(B)(iii): Lack of a paper record means it cannot serve as the official record for a recount.

Wisconsin Presidential Election Recount

III. Violates HAVA § 15481(a)(2)(B)(iii): Relied solely on machine retabulation, which cannot substitute for the paper-based recount, making the process legally defective. The judge in this case ruled this was appropriate, despite calling hand count "the gold standard"

Pattern and Practice

Machines purchased with HAVA funds but prohibited under HAVA for failing to produce

voter-verifiable paper records demonstrate a pattern of statutory violations and under-enforcement of federal election laws, as referenced in *Prince v. Kobach*.

## V. PATTERN, PRACTICE, AND ENFORCEMENT

==Independent enforcement actions in *Prince v. United States* (2017) and *Prince v. Kobach* (2020) identified systemic defects in== election administration and compelled jurisdictions to take corrective measures.

In 2016, approximately 22% of registered voters were in jurisdictions using paperless DRE machines, violating HAVA §§ 15481(a)(2)(B)(i) and (iii). Following these legal challenges, the figure fell to approximately 2% in 2024, *(Brennan Center)* reflecting the direct impact of enforcement actions on compliance.

At least two states purchased machines violating federal law, and several jurisdictions continue to service their citizens operating paperless DRE machines, outlawed in 2001 demonstrating a pattern of statutory violations and failure to adhere to federal funding requirements.

## VI. IMPACT ON ELECTION ADMINISTRATION

Litigation highlighting defects in paperless DRE machines accelerated the replacement of DRE machines with systems providing voter-verifiable paper records.

The lack of a nationwide post-election audit and the absence of a proper paper trail for all votes cast are significant vulnerabilities, inconsistent with international and industry-wide standards for systems-of-record compliance, where a complete and verifiable audit trail is essential.

My heightened awareness of systemic weaknesses underscores that these oversights are likely to exist in other jurisdictions, creating risks to the integrity and verifiability of elections nationwide.

I attest that all statements, observations, and materials referenced in this affidavit are true and accurate to the best of my knowledge.
Executed on September 24, 2025
/s/ Darrell Sanford Prince
Darrell Sanford Prince

(2) made a clear error of law, or

(3) where new evidence warrants reconsideration.

*Max's Seafood Café v. Quinteros*, 176 F.3d 669, 677 (3d Cir. 1999). Rule 60

Plaintiff submits that reconsideration is warranted because this Court failed to consider controlling Supreme Court precedent and statutory mandates requiring judicial actions untaken, and thus the dismissal was a clear error of law.

My claim is that the current version  Constitution, legally speaking looks less like this from Congress.gov, written in the Summer of '89, (1789)

ARTICLE I, SECTION 2, CLAUSE 3

REPRESENTATIVES AND DIRECT TAXES SHALL BE APPORTIONED AMONG THE SEVERAL STATES WHICH MAY BE INCLUDED WITHIN THIS UNION, ACCORDING TO THEIR RESPECTIVE NUMBERS, WHICH SHALL BE DETERMINED BY ADDING TO THE WHOLE NUMBER OF FREE PERSONS, INCLUDING THOSE BOUND TO SERVICE FOR A TERM OF YEARS, AND EXCLUDING INDIANS NOT TAXED, THREE FIFTHS OF ALL OTHER PERSONS. THE ACTUAL ENUMERATION SHALL BE MADE WITHIN THREE YEARS AFTER THE FIRST MEETING OF THE CONGRESS OF THE UNITED STATES, AND WITHIN EVERY SUBSEQUENT TERM OF TEN YEARS, IN SUCH MANNER AS THEY SHALL BY LAW DIRECT. THE NUMBER OF REPRESENTATIVES SHALL NOT EXCEED ONE FOR EVERY THIRTY THOUSAND, BUT EACH STATE SHALL HAVE AT LEAST ONE REPRESENTATIVE; AND UNTIL SUCH ENUMERATION SHALL BE MADE, THE STATE OF NEW HAMPSHIRE SHALL BE ENTITLED TO CHUSE THREE, MASSACHUSETTS EIGHT, RHODE ISLAND AND PROVIDENCE PLANTATIONS ONE, CONNECTICUT FIVE, NEW-YORK SIX, NEW JERSEY FOUR, PENNSYLVANIA EIGHT, DELAWARE ONE, MARYLAND SIX, VIRGINIA TEN, NORTH CAROLINA FIVE, SOUTH CAROLINA FIVE, AND GEORGIA THREE.

than this,          July 9, 1868,

Legally active version of Article I, Section 2, Clause 3 (or pretty Close you be the Judge)

Representatives And Direct Taxes Shall Be Apportioned Among The Several States Which May Be Included Within This Union, According To Their Respective Numbers, Which Shall Be Determined By Adding To The Whole Number Of Free Persons, Including Those Bound To Service For A Terf Year

s, And Excluding Indians Not Taxed,Actual Enumeration Shall Be Made Within EverylkiSubsequent Term Of Ten Years, In Such Manner As They Shall By Law Direct representatives And Direct Taxes Shall Be Apportioned Among The Several States Which May Be Included Within This Union, According To Their Respective Numbers, Which Shall Be Determined By Adding To The Whole Number Of Free Persons, Including Those Bound To Service For A Term Of Years, And Excluding Indians Not Taxed, And Within Every Subsequent Term Of Ten Years, In Such Manner As They Shall By Law Direct. But When The Right To Vote Is Any Way Abridged Being Qualified Citizens Of The United States,The Basis Of Representation Therein Shall Be Reduced In The Proportion Which The Number Of Such Citizens Shall Bear To The Whole Number Of (Qualified) Citizens Of

IN SUCH STATE EXCEPT FOR PARTICIPATION IN REBELLION,
OR OTHER SUCH CRIME

and given that neither Congress nor the Courts have gotten around to it for 156 years maybe its time to write it like that

## Standard

### Declaration of Independence, 2nd indictment

*He has refused to pass other Laws for the accommodation of large districts of people, unless those people would relinquish the right of Representation in the Legislature, a right inestimable to them and formidable to tyrants only.*

Congress, in its understandable desire not to be labeled a tyrant, appropriately directed the matter of Constitutional Challenges to be designated by a 3 judge panel.

28 U.S.C. § 2284 (2018)

*(a)*
*A district court of three judges shall be convened when otherwise required by Act of Congress, or when an action is filed challenging the constitutionality of the apportionment of congressional districts or the apportionment of any statewide legislative body.*

The claim is a voting rights & apportionment claim and via Congress's express will, utilizing its Article III control of the Court's jurisdiction/ Title 28 of Judicial Code USC 2284 mandates this matter to a three judge panel to make decisions on.

Shapiro Vs Manus (9-0) in Supreme Court clarified decision was that single judges have no discretion to dismiss Constitutional Apportionment challenges, INCLUDING FOR STANDING.

Meaning this Court's dismissal action is Ultra Vires, since it was not configured to take

And this alone demands summary reversal, and eligible for writ of mandamus.

### *Shapiro v. McManus*, 577 U.S. 39, 44 (2015).

*Whatever the purposes of a three-judge court may be, the respondents' argument needlessly produces a contradiction in the statutory text. That text's initial prescription could not be clearer: "A district court of three judges* **shall be convened** . . . *when an action is filed challenging the constitutionality of the apportionment of congressional districts. . . ." 28 U.S.C. § 2284(a) (emphasis added). Nobody disputes that the present suit is "an action. . . challenging the constitutionality of the apportionment of congressional districts." It follows that the district judge was required to refer the case to a three-judge court, for § 2284(a)* **admits of no exception, and "the mandatory `shall'** . . . *normally creates an obligation impervious to judicial discretion."* [Lexecon Inc. v. Milberg Weiss Bershad Hynes & Lerach, 523 U.S. 26, 35, 118 S.Ct. 956, 140 L.Ed.2d 62 (1998)](#); *see also* [National Assn. of Home Builders v. Defenders of Wildlife, 551 U.S. 644, 661-662, 127 S.Ct. 2518, 168 L.Ed.2d 467 (2007)](#) *(same). (*emphasis Petitioner's*)*

A second avenue- STRONGER than the first; is that it is A ministerial CONSTITUTIONAL COMMAND UNFULFILLED. By the SUPREMACY CLAUSE

This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the United States, shall be the supreme Law of the Land; and the Judges shall be bound thereby, any thing ….to the Contrary notwithstanding.[11]

Constitution>Laws of the United States (statutes)>Treaties

Bind all Judges

Anything to the Contrary notwithstanding:

Case Law,State law, Executive Orders

The previous version of 2284 directed the process to begin on the same day; appropriately, because any Constitutional Challenge is an incorrect Apportionment, affecting the outcomes of congress, and Presidential elections.

"Plainly" in the interest of any voting citizen, i.e plainly standing. Even without the Supreme Court's mandates in 3 corner stone decisions orders of magnitude more subject matter appropriate case law, than the obviously inappropriate subject matter precedent of Lujan vs Defenders of Wildlife

Congress directed this Courts jurisdiction to, offering to pay, in addition to the Courts themselves and their salaries, but also the salaries and expert witnesses and anything else possible to see the resolution without any of the restrictions this court places on its own Jurisdiction

## Standing-

| Year | Candidate A | Candidate B | Vote Difference | % Difference | Winner |
|------|-------------|-------------|-----------------|--------------|--------|
| 2024 | Trump | Harris | 2,284,967 | 1.51% | Trump |
| 2020 | Biden | Trump | 7,059,526 | 4.55% | Biden |
| 2016 | Trump | Clinton | 2,868,686 | 2.21% | Clinton |

## 3 presidential elections combined difference

## 11 million votes

| Year | Candidate A | Candidate B | Vote Difference | % Difference | Winner | Estimated Non-Voting / Excluded Citizens |
|------|-------------|-------------|-----------------|--------------|--------|------------------------------------------|
| 2024 | Trump | Harris | 2,284,967 | 1.51% | Trump | 10,500,000 |
| 2020 | Biden | Trump | 7,059,526 | 4.55% | Biden | 10,500,000 |
| 2016 | Trump | Clinton | 2,868,686 | 2.21% | Clinton | 10,500,000 |
| **Total** | — | — | **12,213,179** | — | — | **31,500,000** |

11 million birthright American citizens are in a state of VRA and Brnovich Gingles standards every election changing Congress and the presidency by that much and the courts are all like, naaah, not my problem no subject matter jurisdiction regarding matters of Constitutional definition because some bird watchers tried to enforce extraterritorialr restrictions on another nation with the established precedent of environmental case law, the Constitution, written when Manhattan was known for lush forests and great home caught crab is

unsurprisingly sparse on can, so I can flush- the GPO annotated Constitution - CRS - Congress's itself and the LITERAL CONGRESSIONAL ANALYSIS ADMITS no action on the reigning CONSTITUTIONAL

VRA section 2 meaning improperly accounted for each year

       I. The United

2. I voted in DC for Eleanor Holmes Norton, the longest serving representative of all
3. II million people disenfranchised
4. Congress confesses it has never Apportioned itself according to the COnstitution

    It is a MANDATORY MINISTERIAL CONSTITUTIONAL AMENDMENT, and even if

5. II million birthright American citizens are in a state of VRA section 2
6. It can be presumed the
7. These facts, refused by this Court for Process has aided in

*or by a refusal to count votes from arbitrarily selected precincts, cf. United States v. Mosley,*

5+ million in territories are birthright American citizens deprived of the right to vote from arbitrarily selected precincts

Greater than the difference in the popular vote in the Presidential elections 2016 and 2024 and even the Apportionment shift could have changed the outcome in both elections.

*Don't oaths to the Constitution impart some action here, if this claim is assumed true, that the Can't I assume the Court would have remembered if this would have happened, so would be able to answer readily naaaaaaah we don't gotta do this cuz because we already did ? If there was a reason?*

**DARRELL SANFORD PRINCE,**

**v.**

**UNITED STATES OF AMERICA.**

Civil Action No. 25-0137.

**United States District Court, E.D. Pennsylvania.**

January 22, 2025.

JUAN R. SÁNCHEZ, District Judge.

# MEMORANDUM

*Plaintiff Darrell Sanford Prince initiated this pro se civil action against the United States of America and other governmental defendants by submitting a Complaint, Motion to Proceed In Forma Pauperis, and a "Motion for a 3 Judge Panel" to the Court. ECF Nos. 1, 2, 3. In his ninety-three-page Complaint, titled "US Election Anomalies and Unfulfilled Constitutional Mandates 2024 (edited 2020)," Prince describes alleged failures*

Actual failures, Constitutional violations in fact, outcome determinative, and well within my expertise as a federal systems of record compliance under 21 CFR Part 11 to dect

I voted on a machine outlawed

> in the federal electoral system that he believes have diluted the
> votes of the American people since the 2016 presidential election.
>
> No, going back more than 2 centuries,
>
> ECF No. 2 ("Compl."). The Court will grant Prince leave to
> proceed in forma pauperis. For lack of standing, the Court will dismiss
> his Complaint and deny his motion for a judicial panel.

I describe actual failures of the election system, witnessed by myself, as described by Congress and the Courts themselves, using well as patterns and and practices based on DNC RNC Consent Decree

Congress has admitted to Constitutional negligence in the matters of Apportionment

# I. FACTUAL ALLEGATIONS    (Claims Summary)

> Prince filed this civil action based on concerns about election fraud,
> other perceived election-related improprieties, and alleged foreign
> influence in the executive branch. He claims his lawsuit is "a necessary
> correction action to address defects [in national voting]" and to "secure
> the United States election system . . . from enemies foreign and
> domestic" with the goal of maintaining a republican system of
> government and upholding due process. Compl. at 5-6.<img
> src="http://localhost:4567/images/hide_50px.jpg" alt="Hide My
> Screen"/>

I state as a fact, that the Public record of clear

1.Congress's Confession of not doing a Constitutional amendment regarding Apportionment, should be reviewed and interpreted, as it is the literal first thing in the Constitutional and the stuff Jefferson and his gang were complaining about Parliament not doing

2. Obvious failure to apportion in 11 million birthright American citizens in violation of the Brnovich Standard changes the outcome of American elections,

3. Lack of execution by the

*Prince's Complaint is lengthy and disjointed, containing numerous charts, legal quotes, and alleged data*

What is alleged data? It is data, and by its nature some of it will have errors or assumptive errors, whatever its inevitability or inevitable extinguishing of said errors, incorrect data, lots of it exists. It is still data, just incorrect.

Its evidence of claims, and

*on voting and voting rights in the United States. Its central theme is that "[t]he United States has acknowledged negligence to Constitutional Apportionment, Executive Authority and Due process" and, accordingly, has violated "the fundamental contract of America."*

A fair description, of the grounds. Every single item of the Declaration of Independence can be said to be checked, and within the boundaries of my case(s) before this Court and Judge Sanchez specifically- can be found the factual elements

*Id. at 2. Among other things, Prince asks this Court to convene a three-judge panel to audit the current electoral system to ensure constitutional compliance*

In Shelby vs Holder the Courts admitted to "A century of failed enforcement. The Third Circuit RNC consent confirms a separate wide spread pattern of clear violations- and Prince v Kobach included otherwise well documented events that didn't make the list, including of course, the Watergate burglary. The historical record suggests a psychic telling someone one something needs audit should be "plausible" since for the same concurrent period 156 years without enforcement of 14-2, which appends to article 1, 2, and is for all intents and purposes both

*and to mandate financial reporting "for all government officials" to avoid foreign interference in government. Id. at 71-73; see also ECF No. 3.*

My claim is that the Emoluments clause ALREADY mandates certain types of financial reporting to Congress; that particular relief seems the natural and not particularly difficult part in this era to enact and of obvious use in national security, and mandating as due process and measurably decreasing national security risks as can be seen by this and other filings.

There are credible national talking about transfers of Billions of dollars from foreign governments to the white house, for ultra vires actions

That there are national Controversies of law around the Federal Anti Bribery clause with ministerial components

*For most of their history, neither the Title of Nobility Clause nor the Foreign Emoluments Clause have been much discussed or substantively examined by the courts.3 The meaning and scope of the Foreign Emoluments Clause have been examined in opinions from the Department of Justice's Office of Legal Counsel and the Comptroller General of the United States concerning the obligations of federal officers with respect to gifts, salaries, awards, and other potential emoluments from foreign sources.4 During the administration of President Donald Trump, the lower federal courts for the first time issued substantive — but often conflicting — decisions interpreting the Foreign Emoluments Clause.5*

Yes, having a registered campaign bank would make FEC's job much easier, and virtually impossible to gimmick, and while establishing that system as long term relief might be outside the Courts normal order and separation of powers issue, the Court in relief for something not done can order such records made available, and does so on case by case basis already, and there is a Constitutional mandate in place

ing out that which can aid it's mission to dismiss rather than

This was an item of relief that was not from the originals: but yeah, probably the one least fully supported- that I as a citizen cannot

## II. STANDARD OF REVIEW

The Court will grant Prince leave to proceed in forma pauperis for purposes of this case. Accordingly, the Court must screen Prince's Complaint pursuant to 28 U.S.C. § 1915(e)(2)(B) and dismiss the Complaint if it is frivolous, malicious, fails to state a claim, or seeks monetary relief from an immune defendant. The Court must also review the Complaint and dismiss the matter if it determines that the action fails to set forth a proper basis for this Court's subject matter jurisdiction. Fed. R. Civ. P. 12(h)(3) ("If the court determines at any time that it lacks subject-matter jurisdiction, the court must dismiss the action."); Grp. Against Smog and Pollution, Inc. v. Shenango, Inc., 810 F.3d 116, 122 n.6 (3d Cir. 2016) (explaining that "an objection to subject matter jurisdiction may be raised at any time [and] a court may raise jurisdictional issues sua sponte").

Does the Court have a mandate to use environen

"If the court determines at any time that it lacks subject-matter jurisdiction, the court must dismiss the action.")Fed. R. Civ. P. 12(h)(3)

Courts should follow rules, and since a Federal civil rule prompts the Court to

If at any time the Court determines ministerial Constitutional violations occur, or has brought before it evidence of felony or treason it is supposed to do - something with it.

Particularly as it relates to to potential national security risks, or questions of Constitutional import, a quick look at the annotated Constitution

Supremacy Clause and

*The Court's continuing obligation to assure its jurisdiction includes an assessment of whether a plaintiff has standing to pursue his claims. See* Seneca Res. Corp. v. Twp. of Highland, Elk Cty., Pa., 863 F.3d 245, 252 (3d Cir. 2017) *("Our `continuing obligation' to assure that we have jurisdiction requires that we raise issues of standing and mootness sua sponte."). A plaintiff commencing an action in federal court bears the burden of establishing federal jurisdiction. See* Lincoln Ben. Life Co. v. AEI Life, LLC, 800 F.3d 99, 105 (3d Cir. 2015) *("The burden of establishing federal jurisdiction rests with the party asserting its existence." (citing* DaimlerChrysler Corp. v. Cuno, 547 U.S. 332, 342 n.3 (2006)*))).*

## III. DISCUSSION

Article III of the Constitution limits the power of the federal judiciary to the resolution of cases and controversies. *Sprint Commc'ns Co., L.P. v. APCC Servs., Inc.*, 554 U.S. 269, 273 (2008). "That case-or-controversy requirement is satisfied only where a plaintiff has standing." *Id.*

The Constitution does not make any mention of limits

The judicial Power shall extend

*to all* Cases, in Law and Equity, arising under this Constitution,

the Laws of the United States, and Treaties made, or which shall be made, under their Authority;

*"[T]he irreducible constitutional minimum* of standing contains three elements."* Lujan v. Defenders of Wildlife, 504 U.S. 555, 560 (1992).

## *"[T]he irreducible constitutional minimum*

I am suspicious of discovering irreducible constitution minimum for cases being first discovered in 1992 for and organization (sovereign nation) founded in 1789, and never once mentioned in the Constitution or statutory text "Standing" is a twentieth century doctrine referring to a very real requirement for there to be some form of "harm" above de minimis, but this standard is rex non de minims prevent primarily to maintain without restraint to every be someone harmed.

Souter, Kennedy JPS said naah and wrote sharply different opinions Lujan barely passed and would not have, had this tesr been applied to a voting rights case: I'd motion Kennedy on that (70/30%)

First, the plaintiff must have suffered an "injury in fact" that is "concrete and particularized" and "actual or imminent, not conjectural or hypothetical." *Id.* (internal quotations omitted).

1. SUFFERED AN INJURY IN FACT,

> Injury here, to petitioner's voting rights is concrete, but also obviously abstract- like most of the concepts the Court deals with.
> the United States", "rights", "process", and "corporations" are not tangible goods, and cannot be detected with any scientific apparatus. They are concepts, contracts, ideas in people's minds, based on contracts and relationships, and hold no value but that humans assign to it, but people make decisions, fight kill, buy, sell, work, go to jail. The Courts role can be seen to give these ideas the same grounding, through their powers, and their limitations- the Court is the normalizing view, on definitions and functions of words and the responsibilities

But the right to assure your vote, and bring suit for issues in voting rights matters existed in Anglo- American common law before the American part, or the United States of America existed.

### Lord Holt, Ashby v White (1703)

> *But from hence it appears that every man, that is to give his vote on the election of members to serve in Parliament, has a several and particular right in his private capacity, as a citizen or burgess. And surely it cannot be said, that this is so inconsiderable a right, as to apply that maxim to it, de minimis non curat lex*

Loss of Justice, and justifiable loss of faith in the election system is a tangible legal injury, as are the enormous legal questions our country has day in and day out regarding recent behavior of the political branches; and on the outcome of elections.

The United States, like all governments and a system that has always had significant issues, noted in Marbury vs Madison in dealing with the delicate balance of immunities and powers and color of law crimes including at the highest level, most notably mentioned in the original complaint- the Watergates scandal, and now January the 6th, a truly aberrant loss of control of basic security process at the Capitol it self.. Petitioner disagrees that the burden of proof is strictly on citizens/ civil rights organizations to demonstrate that "due process" has been

negligent. The burden of proof that Constitutional Authority has been transferred appropriately lies within the bureaucracy created with Constitutional Authority, the agency receiving the authority.

> *T*HUS THE FACT THAT A POLITICAL FORUM MAY BE
> *MORE READILY AVAILABLE WHERE AN INJURY IS WIDELY*
> *SHARED (WHILE COUNSELING AGAINST, SAY, INTERPRETING A*
> *STATUTE AS CONFERRING STANDING) DOES NOT, BY ITSELF,*
> *AUTOMATICALLY DISQUALIFY AN INTEREST FOR A*RTICLE *III*
> *PURPOSES. S*UCH AN INTEREST, WHERE SUFFICIENTLY
> *CONCRETE, MAY COUNT AS AN "INJURY IN FACT." T*HIS
> *CONCLUSION SEEMS PARTICULARLY OBVIOUS WHERE (TO USE A*
> *HYPOTHETICAL EXAMPLE) LARGE NUMBERS OF INDIVIDUALS*
> *SUFFER THE SAME COMMON-LAW INJURY (SAY, A WIDESPREAD*
> *MASS TORT), OR WHERE LARGE NUMBERS OF VOTERS SUFFER*
> *INTERFERENCE WITH VOTING RIGHTS CONFERRED BY LAW. C*F.
> *L*UJAN, SUPRA, AT *572; S*HAW V. *H*UNT, *517 U. S. 899, 905*
> *(1996)*.

EVERY ONE OF THE CLAIMS PLAINLY MEETS STANDARDS FOR

PERSONAL INTEREST AND VERY SPECIFIC GRIEVANCES GROUNDED IN

CONSTITUTIONAL LAW, AND THE "GENERALIZED GRIEVANCES"

MONIKER IS UNCONSTITUTIONALLY VAGUE

*To establish injury in fact, a plaintiff must show that he or she*
*suffered "an invasion of a legally protected interest" that is*
*"concrete and particularized" and "actual or imminent, not*
*conjectural or hypothetical." Lujan, 504 U.S., at 560, 112 S.Ct.*
*2130 (internal quotation marks omitted).*

I.  IN 2016, I AN EXPERT ON LEGAL SYSTEMS OF RECORD UNDER 21 CFR PART II, I VOTED ON A

MACHINE THAT WAS OUTLAWED AND BOUGHT WITH HELP AMERICA VOTE ACT, WHICH WAS

CORRECTED, EVENTUALLY, WITH THIS AND OTHER SUBMISSIONS AND ACTIONS BUT AT THE TIME

⅕ OF AMERICA'S ELECTIONS WERE HELD ON MACHINES THAT WERE DISQUALIFIED BY LAW AND

BOUGHT WITH THAT MONEY ARE YOU KIDDING ME, THE JUDGES GO HEY MAN DON'T WORRY ABOUT ILLEGAL MACHINES WE DONT BUT IS BELOW BOTH

    A.

    US STANDARDS IN HELP AMERICA VOTE ACT (THUS ILLEGAL FOR USE IN ELECTIONS, CORRECTED THERE BUT STILL USED ACROSS THE UNITED STATES)

    B.

    WORLD WIDE STANDARD PRACTICE- WHOLE SYSTEM AUDITS  - THAT THE UNITED STATES IS RESPONSIBLE FOR IMPLEMENTING ITS OWN LEGAL STANDARDS

2. I VOTED IN WASHINGTON DC, AND MY VOTE WAS  ILLEGALLY DILUTED, AND IMPROPERLY AS A PERSON COUNTED, IN THE 2024 AND 2022 ELECTIONS, AND DID NOT HAVE A STATE,  NOR VOTING CONGRESSIONAL REPRESENTATION

3. PEOPLE HAVE 1ST AMENDMENT RIGHTS AND THEY GET TO SAY WRONG AND DUMB THINGS. CITIZENS AND ESPECIALLY GOVERNMENT HAS TO DEAL WITH THAT (1ST AMENDMENT) NOT THE GOVERNMENT(GARCETTI- CEBALLOS) MY RIGHTS ARE VIOLATED WHEN THE GOVERNMENT LIES ABOUT ELECTIONS, TAX CUTS, GLOBAL WARMING OR OTHER NATIONAL SECURITY RISKS, LEADING TO ARGUMENTS WITH MY OWN FAMILY, AND WITH OTHERS. IT SLOWS THE PROGRESS OF OUR COUNTRY, 30% REPEATING PLAINLY WRONG IDEAS AND ECONOMIC ILLITERACY PREACHED BY THE GOVERNMENT  IS NOT HELPFUL TO A SOCIETY MILLIONS OF OTHERS, AS WELL AS SIGNIFICANTLY IMPEDING THE PROGRESS OF THE COUNTRY AND OUR STANDING ON THE WORLD STAGE.

IT IS CONSPIRACY TO DEFRAUD THE PUBLIC, AND INCITEMENT. INDIVIDUALS HAVE A RIGHT TO FREE SPEECH AND THEIR OWN OPINION- NO GOVERNMENT OFFICIAL CAN LIE TO CITIZENS ABOUT HOW GOVERNMENT WORKS, ESPECIALLY WHEN IT BLATANTLY CONTRADICTS WRITTEN LAW AND THE FUNCTION OF GOVERNMENT.... THAT'S TREASON TO FUNCTION IF NOT ARTICLE 3 SECTION 3 AND HARMFUL TO THE PEOPLE AND ORDER GENERALLY

*The scheme to defraud need not have been successful or complete. Therefore, the victims of the scheme need not have been injured. However, the government must show "that some actual*

*harm or injury was contemplated by the schemer." Because the defendant must intend to harm the fraud's victims,*

### *(2) THAT IS FAIRLY TRACEABLE TO THE CHALLENGED CONDUCT OF THE DEFENDANT, AND*

THE cDEFENDANT IS THE UNITED STATES GOVERNMENT; AND ITS CONDUCT IN

ELECTIONS, APPORTIONMENT AND CONSTITUTIONAL EXECUTION OF LAW AND CANNOT BE

ATTRIBUTED NOR EXECUTED BY ANYONE NOT IN THOSE POSITIONS, AND THUS IT IS

ASSUMED THIS PRONG PASSES

*(3) THAT IS LIKELY TO BE REDRESSED BY A FAVORABLE JUDICIAL*

*DECISION." ID. AT 763 (QUOTING LUJAN V. DEFENDERS OF*

*WILDLIFE, 504 U.S. 555, 560 (1992)).*

THE JUDICIAL POWER **SHALL** EXTEND TO **ALL MATTERS** WHICH EXTEND

TO THE CONSTITUTION

THE AUTHORITY OF ALL NAMED DERIVES FROM THE

CONTRACT AND COMMAND OF THE UNITED STATES

CONSTITUTION, AND THE PURPOSE OF THEIR FUNCTION IN

ANY BRANCH IS TO EXECUTE THAT CONTRACT. FAILURES TO

EXECUTE THAT CONTRACT ULTIMATELY REQUIRE A REVIEW OF

THE FOUNDING CONTRACT FOR PRECEDENTS THAT REQUIRE

IT.

CONGRESS MADE ITS WILL CLEAR, WITH PRIMARILY

CRIMINAL PENALTIES  OBSTRUCTION OF JUSTICE, FRAUD.

Actions taken with Constitutional Authority Countermand the Constitution's mandates are Obstruction and eventually Treason, and by definition Ultra Vires, without Authority. The Constitution's Command is also that The Courts shall be the Judge of that.

Second, there must be a "causal connection between the injury and the conduct complained of" such that the injury is fairly traceable to the defendant's conduct. Id. Third, it must be likely that the plaintiff's injury will be redressed by a favorable decision. Id. at 561; see also *Spokeo, Inc. v. Robins, 578 U.S. 330, 338 (2016)*

"[W]hen the asserted harm is a `generalized grievance' shared in substantially equal measure by all or a large class of citizens, that harm alone normally does not warrant exercise of jurisdiction."

*Warth v. Seldin, 422 U.S. 490, 499 (1975)*

This term can we please know what the judicially manageable standard for the number of people affected before a Court legislated immunity applies?

Why does the Court **Insist on bringing back these terrible cases for their right to ignore righrs**

The entire thrust of Constitutional Amendments, could be said to be voting, or making sure the right President was in office(citation omitted).

> *In other words, "[a] plaintiff raising only a generally available grievance about government—claiming only harm to his and every citizen's interest in proper application of the Constitution and laws, and seeking relief that no more directly and tangibly benefits him than it does the public at large—does not state an Article III case or controversy." Lance v. Coffman, 549 U.S. 437, 439 (2007) (per curiam) (quoting Lujan, 504 U.S. at 560-61).*

Lance v Coffman was a procedural difference whose value and change was an inbetween cycles apportionment of little practical consequence, This aint that. and did not involve outcome determinative populations being illegally held for a sum of 33 million violations being generous and closer to 99 million violations of the US COnstitution and the outcome of elections ????

> *Plaintiff's alleged interest in the question submitted is not such as to afford a basis for this proceeding. It is frankly a proceeding to have the Nineteenth Amendment declared void.*

This clear path to the But the Court instead of issuing an easy judge ment - one which could be instructive in the simplicity of an absurd question
JUDGES DO NOT OVERTURN THE CONSTITUTION_ THEY ARE THERE TO MAKE SURE IT IS ENFORCED AS WRITTEN.  JUDICIAL CONSTITUTION REVIEW IS NOT A THING! Saving some allegations of process fraud, with some evidence at hand OR EASILY WITHIN THE Judges, the mighty Judicial Power does not and cannot apply.

"[t]hreadbare recitals of the elements of a cause of action, supported by mere conclusory statements, do not suffice." Due process

## FALSE CLAIM OF AUTHORITY



*about the functioning of the electoral system and the executive branch, he does not have standing to pursue the claims in his Complaint. See, e.g., <u>Berg v. Obama, 586 F.3d 234, 240 (3d Cir. 2009)</u> ("Even if we assume that the placement of an ineligible candidate on the presidential ballot harmed Berg, that injury, including any frustration Berg felt because others refused to act on his view of the law, was too general for the purposes of Article III: Berg shared both his interest in proper application of the Constitution and laws, and the objective uncertainty of Obama's possible removal, pari passu with all voters; and the relief he sought would have no more directly and tangibly benefited him than the public at large." (internal quotations and alterations omitted)). Accordingly, the Court will dismiss this case for lack of jurisdiction.*

Unsurprisingly Petitioner finds the rationale of Berg vs Obama, unconvincing, and generalized grievances itself an unconstitutionally vague standard for dismissal that misses the point, denies the Petitioner Berg's rights- as well as President Obama's right to have this matter settled appropriately,   taking action "sua sponte" that the Department of Justice I feel could have handled, any branch in the country, and if this a matter of issue for them, then a matter of issue for the Court to see.

But having met once AG holder, I feel that he probably, also could use wikipedia, or ask the President a couple of questions (PUT HIM TO QUESTION)

Berg may have been convinced to pay for this Controversy by a Presidential political party, as well as to pay proper attention, and settle a very real Controversy of fact and law, attacking the legitimacy of a sitting president that was created as a result of the election and political fight. Certainly this fight was primarily publicized Then- Mr Trump and President Obama, and thus part of "Controversies to which the United States" or public ministers and Consuls for Constitutional qualification, a significant issue.

The Court by refusing this, but jumping in to say- this cannot be decided based on what? The inherent need for the birth qualifications of Presidents from scrutiny, the rights of foreign nationals to subvert our election qualifications? I don't remotely understand the compelling state interests that would compel the sua sponte intervention of the COurt in this case, or the blocking of review of the Constitutional competency of the Chief executive. Thers three, be american, be not a minor and don't do insurrection or treason. Given the size and bureaucracy of the US government being larger than the entire population of the colonies at the Constitution and declaration days, it might be presumed some one of those folks could run background checks like basic ones on even the Constitutional ones, no, the COurt thinks this is un reasonable. IN stead it intervenes and lets the COntroversy fester and be a stupid thing forever

a Public Controversy to which the United States states is a party, being directed at the then President of the United States plausibly through the actions of Party Candidate Trump, whose primary processes the Supreme Court has consistently held to be within its clear Authority, and Mr. Trump has made clear it is a a position of some Power, especially post presidency - Presidential candidate

The entire thrust of Constitutional Amendments could be said to be voting, or making sure the right President was in office. Why have qualifications if there is no means to check them or challenge them? More specifically

If this Obama fellow is an alien, of foreign or space variety the American people have a right to to know, and the Constitution requires only citizens may run for the Office of the President. You need a birth certificate to get a job at Arby's, and presumably the investiture of National Security Authority, and the job colloquially known as the "Most Powerful Man in the World" invested with that power with the Authority of the United States, would hold to the same standard - the Arbys standard of employment.

A wikipedia search returns:

Barack Obama was born on August 4, 1961,[2] at Kapiolani Medical Center for Women and Children in Honolulu,

Hawaii.[3][4][5][6] He is the only president born outside the

contiguous 48 states.[7] He was born to an 18-year-old American

mother and a 27-year-old Kenyan father. His mother, Ann Dunham

(1942–1995), was born in Wichita, Kansas, and was of English,

Welsh, German, Swiss, and Irish descent. In 2007 it was

discovered her great-great-grandfather Falmouth Kearney

emigrated from the village of Moneygall, Ireland to the U.S. in

1850.[8]

This is clear then- the mother was an American citizen; born in Kansas, of an age where her mother might have gone to school with Dorothy and Toto.  Whether Ann Dunham was windsurfing in Portugal, spelunking through the earth to China or had her child BArackin the first Earth Moon colony- regardless of aggressive grants of  Mooninite only citizenship, Barack Obama would likely be an American citizen upon his return to the USA

*jus sanguinis*

mother is a citizen  of America with deep roots and Multi generations no reason to doubt hers.

Thus, even the mechanisms of this complaint :Barack Obama's birth certificate is legally irrelevant to his citizenship.

There is no way this complaint can proceed on the grounds that Barack Obama's birth certificate is necessary or forged because it is irrelevant to his citizenship.

Barack Obama is plainly an American citizen born of an American

 *Notably, this is the latest of several cases Prince has filed in the federal courts since 2016 based on alleged election irregularities.[1] See Prince v. US Gov't, 697 F. App'x 134, 135 (3d Cir. 2017) (per curiam) (affirming the dismissal of Prince's complaint for lack of standing, noting that "individuals such as Prince lack standing to challenge a President's eligibility to serve");*

*Who does  have standing to serve*

*Says who and why*

*Prince v. Kobach, No. 20-3264, 2020 WL 7485191, at *1 (D.D.C. Nov. 16, 2020) ("To the extent the Court identifies factual allegations in this lengthy and disorganized complaint, plaintiff appears to raise claims pertaining to the presidential election of 2016 and alleged irregularities associated with it.*

Not alleged matter of actual facts this court can verify with Google. Will it apply the law to the facts, say what the law is is the question before us, or sua sponte, apparently COurt shorthand for, ultravires, unnecessary action indistinguishable and grounds for an act in furtherance of, because it has no basis in written law and serves to obstruct lawful path of justice

*It is unclear what harm plaintiff himself has sustained because of the election, and insofar as he raises general grievances about the government and its elected officials, he fails to demonstrate standing to sue."),*

I voted, and I can prove the United States is in violation of its own laws, and that it causes public COntroversy

This action is taken and has always been taken under 42 USC 1988 the Congress encoded SUPREME COURT doctrine, when Congress, not too long after their attempts to reign in a President exceeding . The

The Court in Shelby vs Holder, and the 3rd Circuits DNC RNC consent decree- as well as several other incidents not spoken of- "Watergate break in of the DNC headquarters" is presumably an attempt to gain elections advantage or to erase evidence of the Chennault affair, admittedly speculation but - but

*aff'd, 848 F. App'x 2 (D.C. Cir. 2021) (per curiam); see also In re Prince, No. 23-1437, 2023 WL 3034604, at *1 (3d Cir. Apr. 21, 2023) (per curiam) (denying Prince's petition for a writ of mandamus, in which*

*Prince requested reopening of his prior election-based cases to "quell public Controversy over the Election of 2020, and 2016, answer certain questions about Legislative Apportionment and Election Mechanics, and issue orders for first-priority processing of government records or Agency oversight to aid in investigations" (cleaned up)). Accordingly, Prince is warned that further filings of this sort may result in filing restrictions or sanctions, if appropriate.*

You warning me, I took actions  for the Constitution. This appears to be a pattern of suppression

the continued dismissal against clear and obvious right, my duty under misprision is less clear than thisCourts

with evidence of Constitutional violations, like 50 state electors evidence, that should have sent the election back to the house in 2017, and whose Constitutional questions were used to create the Controversy of January 6th 2021

The failure to process the evidence in this matter contributed to January the 6th's insurrection in fact-    as did the DC courts in 2020- as no issue could have been had on electors qualification proces and the proper processing of 50 violations

# IV. CONCLUSION

For lack of standing, the Complaint will be dismissed without prejudice in its entirety. See, e.g., _Thorne v. Pep Boys Manny Moe & Jack Inc., 980 F.3d 879, 896 (3d Cir. 2020)_ ("Dismissal for lack of standing reflects a lack of jurisdiction, so dismissal of Thorne's amended complaint should have been without prejudice."). Leave to amend will not be granted, because the Court concludes that amendment would be futile. See _Grayson v. Mayview State Hosp., 293 F.3d 103, 108, 110 (3d Cir. 2002)_. The "Motion for a 3 Judge Panel" will be denied.

An appropriate order will be entered separately. See Fed. R. Civ. P. 58.

[1] Indeed, Prince attempts to incorporate some of these prior filings into the instant lawsuit, as well as assorted Senate and other reports he believes are germane to his case. (Compl. at 14.)

_https://www.presidency.ucsb.edu/documents/executive-order-13848-imposing-certain-sanctions-the-event-foreign-interference-united_

_https://www.federalregister.gov/documents/2015/04/02/2015-07788/blocking-the-property-of-certain-persons-engaging-in-significant-malicious-cyber-enabled-activities_

*Read an appropriate version of the Constitution into existence pretty please Judge Sanchez*

/s/ *Darrell Prince* /s 11/13/2025

# 3 Part Summary plan draft Global Heating action plan Individual, US government economic and legal policy

Top line - Global Climate plan

# 1. For individuals-

Your ultimate POWER, your freest one, or at least one you can make if you accept the mission that corporations and thus government and all we consider to be powerful fear and watch  is predictably your dollar(s). By mass action- organized controlled spend, in People spend the most on their living environments, rent or own, and by using

I offer a simple contract to guarantee the single greatest year in climate action, measurable in your lifestyle, investments of time and money with other people similarly motivated, organized into a corporation based on your cooperation. This forms a multi-billion dollar corporation if we hit the number of members, and neither J Donald Trump would be able to stop slow the momentum,

1. 15 minutes to 3 hours a week, and additional review, and discussion in our in person and online forums. Aid and abet productive conversations and mass synchronous discussion of similar topics, and developing an educated protocol, to be used in additional, optional time in our chosen forums. It would be to use "social media" or electronic forms as a supplement, like a briefing or homework aid in-person conversations and interactions
2. Committing your living space to a greener standard, meant to be flexible enough to let people's creativity shine, in their responsive design, R 20 envelope, sunlight for rooms, sound minimums and maximums, and lots of other stuff

   If you rent,

You are promising to get to an apartment that meets most of these standards asap, which will be a while, honestly, and in the meantime looking to finding businesses that align with the facts of the earth and the risk

You are learning about how it works what to look for from us, and your research - even 10 phone calls to prospective landlords to tell them your interest in living in these standards and report back, will be a weapon of mighty power and influence, and aid to the cause.

tell your land lord you are going to be looking to go green with our standards, and ask politely if they will be looking to invest in next generation upgrades.

Your commitment to rent with some property to our standards is going to allow us to get new buildings built and other buildings retrofitted to those standards.

You join list of committed tenants, which financiers like- steady customer base

If you own,

You also understand your role as that rare breed but super important- early adopters- purchasing the new technologies, and even the showing it off- changes things. You know staying ahead is going to mean you pay more and upgrade more often because the later stuff will make the current stuff seem tame.. You're getting a new community, for whom keeping up with the Joneses will take on new deimesnsons

You are looking for financing for some home upgrades in the next year, and advocating for C-PACE or R-PACE financing to develop a next generation, to make the financing easy- but the financing is the action. Sales, at scale will drive the market.

# 2. For the Government- Economic policy proposal

To resolve the still un resolved global threat, of overwhelming proof as well as a consensus of scientific bodies so high worldwide - 97 % as to be

1. Manufactured
2. Too late- people aren't that agreeable- by the time 97% of people agree you've waited too long.

waiting for action until such consensus certainty of negative circumstances can be proof of poor security management. Government must be looking ahead of overheating and destabilizing world economic, food, financial, and physical security- increased risk of famine, wars for resources, scarcity of resources no living person has ever seen, collapse of governments, possibly billions of refugees, with a global sea level rise currently scheduled by 2100 to be above that of global human habitats currently housing more than a billion people, those housing units being completely uninhabitable 30 years before that.

Likely though, greater than 40% we see most of that by 2050 on our current course

human that a global temperl refer to the responsibility already enshrined to the United States as a whole through the text of the Clean Air Act, right after the Economics which is I must admit the more exciting matter, and actually fits well with the Job of EPA administrator.

# 777 Plan

7.7 Trillion Dollars          -Nearly net neutral to the Federal government deficits

4-6% growth nationally,

6-8  year program, as there will be huge improvements in skills and technologies year over year that will change models and economic costs.

Amounts to about ?148? Billion per "average" state, but allocated per capita as in the Constitution.

 to develop internally and as part of a greater project to upgrade national infrastructure and research competition between states, to

        a. train workers/ students

        B. local Manhattan projects with involvement at grade school, college  /statewide planning of infrastructure and

         b. throw them at big projects

        c. find unique technology applications and design specifications that

                1. Meet national standards

                2. Upgrade and become national standards

        3. Showcase an efficiency your state came up with or chose exceeding early specifications, that they successfully implemented in a mediou

In fact it is for this uncertain technology upgrade strategy this is intended to fund, to allow for business certainty in the US and globally, while being able to say we're doing enough to mitigate the risk. This investment is necessary for the United States to keep up, as it has fallen behind in per capita infrastructure spend and it shows

 Much of the system was built in the 50's or before and lightly added to since.

Union Station in DC was a Teddy Roosevelt era build- 1905

7 trillion is meant to be financed through an application of C-PACE deals to residential homes, industry and commercial structures

2 Trillion to the Global South and United States recent entanglement countries to provide more or less the same goal 15-25% of buil

W

public private partnership to provide funds for the first two step Phase 1 of upgrading the entire built infrastructure of the United States of America (90 percent ballpark) Housing Transportation government buildings energy supply and transmission systems, water, everything, where necessary.

2 Trillion is also issued in government building, water energy power fuel systems and trans state and local planning, limited quantity to Americans, and maintained in the community where the bond originated, with a state specific design. High yield - at 7% is the plan, to lead with making investing in shared infrastructure something that not only paid off as a good investment but produced changes in places you visit and see with the money you saved or worked hard for.

This would raise interest rates globally so I have some flexibility on this point. It also makes the payback considerable over the 7 years,

Economics of scale, in physics and in monetary economics it works the same- to get it done big, relatively cheap, going big, and going near breakneck speed is best, with the caveat* that you still need to go big with something that works on a lot of levels so you want to have tested through the relevant technologies.

That's my derivation, but it stems from the traditional view of economics of scale, and fits the actions of the most successful builders in human history, imparting the expected and usually honored tradition of governments to build roads- the Romans. And build they did- to last, to say they don't build them like they used to, well, to last 2000 years, yeah, that's a safe statement. They had their armies build and they went en mass doing multi-year projects with many thousands of men, that are used today in places far outside Italy. This is the idea here as well

To build any widgets, the cost per unit goes down as people,and the machines they build get better. While the cost of replacing water, data, energy, waste, goods and human movement infrastructure sounds expensive, and it is, it is obviously simpler and cheaper than doing each one piecemeal, like 10x or more cheaper

It is the reason for the multi phase- I've been calling 2 Phase, but the budget defined for a minimum of two years will certainly develop and require adjustments for the 2nd year, which will hopefully provide enough insight to plan the rest of the work, what, how, how long, and how much needs to be done to finish a broad upgrade of the remaining 75- 85% of United States, or do we exceed expectations, set at a level to allow such a thing, meaning we can do it!!! Also, the Obama Stimulus and the Biden IRA/Infrastructure bills should really be mile stone phases of existing progress on similar scales and leading to this.

hough you have to work out a bit, train, and test some big things, so when you go full speed on building it is sure, and a huge upgrade on technology, and built to last. So two phases huge for now in goals but less than half the total, to ramp up, select best technologies, and utilize the "laboratory of the States, including defense engineers as engineers will be in short supply, scholarships for energy research for those with bachelors and work on the job/learn science/ energycraft jobs by the thousands, and even expressing math problems in practical problems in math classes at all levels, as well as funding for energy and 7 Trillion for this one

If we liken government infrastructure to normal asset investment costs, more than reasonable that's what they are- investment of 4% annually are expected, of total revenues. Even if we did state and federal - think it'd be on the order of on average- I think it is best to do big cycles then bridge- of near 100 billion a year, every year, or about the current 'milestone' of the so called Bi Partisan Infrastructure law, voted on by a few Republicans(it is the largest investment since the Great Depression in US infrastructure) but is really only near to what we should have been spending almost every year, to maintain, let alone grow, which we have. So we are long overdue, with much of our major infrastructure essentially ceased since the 1950's as well as space exploration, well below also actually what is practical financial sense to invest in logistical systems and environments humans live in.

# The Clean Air Act -

Congressional Text defining the United States' responsibility to address Climate Change

VerDate Nov 24 2008 13:09 Jan 27, 2023 Jkt 000000 PO 00000 Frm 00006 Fmt 9001 Sfmt 9001 G:\COMP\ENVIR1\CAACAA4U.BEL HOLC January 27, 2023 G:\COMP\ENVIR1\CLEAN AIR ACT.XML As Amended Through P.L. 117-286, Enacted December 27, 2022 7

Sec. 103 CLEAN AIR ACT 5Section 901(a)(2)(C) of Public Law 101−549 (104 Stat. 2700) added a new paragraph (8) at the end of section 103(b). Paragraph (8) probably was intended to have been added after paragraph (7), as it is shown here. in the examination and evaluation of research progress and proposals and to avoid duplication of research; and (5) conduct and prom*Sec. 615. Authority of Administrator. Sec. 616. Transfers among Parties to Montreal Protocol. Sec. 617. International cooperation. Sec. 618. Miscellaneous provisions. TITLE I—AIR POLLUTION PREVENTION AND CONTROL PART A—AIR QUALITY AND EMISSION LIMITATIONS FINDINGS AND PURPOSES SEC. 101. (a) The Congress finds— (1) that the predominant part of the Nation's population is located in its rapidly expanding metropolitan and other urban areas, which generally cross the boundary lines of local jurisdictions and often extend into two or more States; (2) that the growth in the amount and complexity of air pollution brought about by urbanization, industrial development, and the increasing use of motor vehicles, has resulted in mounting dangers to the public health and welfare, including injury to agricultural crops and livestock, damage to and the deterioration of property, and hazards to air and ground transportation; (3) that air pollution prevention (that is, the reduction or elimination, through any measures, of the amount of pollutants produced or created at the source) and air pollution control at its source is the primary responsibility of States and local governments; and (4) that Federal financial assistance and leadership is essential for the development of cooperative Federal, State, regional, and local programs to prevent and control air pollution. (b) The purposes of this title are— (1) to protect and enhance the quality of the Nation's air resources so as to promote the public health and welfare and the productive capacity of its population; (2) to initiate and accelerate a national research and development program to achieve the prevention and control of air pollution; (3) to provide technical and financial assistance to State and local governments in connection with the development and execution of their air pollution prevention and control programs; and (4) to encourage and assist the development and operation of regional air pollution prevention and control programs. (c) POLLUTION PREVENTION.—A*

*primary goal of this Act is to encourage or otherwise promote reasonable Federal, State, and local governmental actions, consistent with the provisions of this Act, for pollution prevention. ø42 U.S.C. 7401¿ COOPERATIVE ACTIVITIES AND UNIFORM LAWS SEC. 102. (a) The Administrator shall encourage cooperative activities by the States and local governments for the prevention and control of air pollution; encourage the enactment of improved VerDate Nov 24 2008 13:09 Jan 27, 2023 Jkt 000000 PO 00000 Frm 00005 Fmt 9001 Sfmt 9001 G:\COMP\ENVIR1\CAACAA4U.BEL HOLC January 27, 2023 G:\COMP\ENVIR1\CLEAN AIR ACT.XML As Amended Through P.L. 117-286, Enacted December 27, 2022 Sec. 103 CLEAN AIR ACT 6 and, so far as practicable in the light of varying conditions and needs, uniform State and local laws relating to the prevention and control of air pollution; and encourage the making of agreements and compacts between States for the prevention and control of air pollution. (b) The Administrator shall cooperate with and encourage cooperative activities by all Federal departments and agencies having functions relating to the prevention and control of air pollution, so as to assure the utilization in the Federal air pollution control program of all appropriate and available facilities and resources within the Federal Government. (c) The consent of the Congress is hereby given to two or more States to negotiate and enter into agreements or compacts, not in conflict with any law or treaty of the United States, for (1) cooperative effort and mutual assistance for the prevention and control of air pollution and the enforcement of their respective laws relating thereto, and (2) the establishment of such agencies, joint or otherwise, as they may deem desirable for making effective such agreements or compacts. No such agreement or compact shall be binding or obligatory upon any State a party thereto unless and until it has been approved by Congress. It is the intent of Congress that no agreement or compact entered into between States after the date of enactment of the Air Quality Act of 1967, which relates to the control and abatement of air pollution in an air quality control region, shall provide for participation by a State which is not included (in whole or in part) in such air quality control region.*

# 3. Science, engineering and Counter-geoengineering

Putting 30+ pounds (15 Kilos) of $CO_2$ per person in the developed world is already massive geoengineering. These are calculations that can verified, and should be verified by your Country's oil production divided by its people, and the kiddos should know that math, and we should prove it in front of Congress.

 OOOOH me, me I have the experiment I wish to mostly replicate with maybe some flair to demonstrate $CO_2$'s warming effect people can do in their homes and we have a talk about the numbers, because most people are stumped to hear or think about how much that is - the US burns 19 million barrels of oil per DAY.

 the barrels stack ed would be larger than the Capitol building I think. Every day? I am certain this is usually a shock to people and change their perspective before even getting to the fact that $CO_2$ warms. So there are some core facts that are both more effective and critical to the discussion, and what those are should be matters of some discussion. Here and in other places I try to compile

these in broadly understandable terms, walking smart people through land mine political orientations with the items they understand better than most of the climate concerned, but in different ways. Thats the theory we are testing anyway.

Other 2023 rankings included...

- warmest year on record for land and ocean areas individually;
- warmest year on record for both the Northern and Southern Hemispheres (land and ocean areas combined),
  - warmest year for land and ocean individually in the North,
  - 2nd-warmest year for land and warmest year for ocean in the South;
- 40th-warmest year for the Antarctic,
- 4th-warmest year for the Arctic.

For more regional details and 2023 climate statistics, see the 2023 Global Climate Report from NOAA's National Centers for Environmental Information.

Climate lag- the delay between emissions and actual warming, with estimates ranging between 0, 40 and 60 years, hangs over this all, and while the need must be - to look like we take this seriously, we must achieve a sizeable emissions cut as soon as possible, and plans for at least a quarter, and possibly 2 consecutive at deep cuts 50% to have a hope of answering that question.

But, it does require us to look for additional ways to minimize the energy imbalance and figure out what our best options are, that minimize the imbalance.

This means trying many things, several times to see what works and what can be scaled up cheaply, because of course the actions taken will have to be massive in scale. Every fix has its own potential risk. Something I acknowledge my own attention to, and will focus energy on is soil- as well as plant and bacterial energy cycles, animal too, for possible scalable solutions I have been some what remiss in.

My recent proposed actions are based in part and fit in part to the work of Dr. Hansen's lab, as he is an OG of the Climate Movement and Action- testifying before Congress, and is proven his calculations correct. I agree with all of his findings based on my knowledge of the assumptions, and shortcomings of the current modeling paradigm, and the conclusions that research counter geoengineering is

A short bit about him here.

James Hansen's 1988 testimony after 30 years. How did he do? (youtube.com)

And the man himself- as well as his comparisons to the Venus atmosphere I didn't know he was involved in.

James Hansen: Why I must speak out about climate change (youtube.com)

Some of my conclusions and interpretations may turn out to be somewhat different, but correct in principle and conclusion, on the order of magnitude, and the actions recommended will stand, but also need updating to include the Polar treaty specifications

Analysis and next steps based on Dr. James Hansens' most recent paper, Global Warming in the Pipeline

http://www.columbia.edu/~jeh1/Documents/PipelinePaper.2023.05.19.pdf

in which he lays out a 100-year gap between emissions and warming, -in the Pipeline means we and an expectation for the warming to double in speed, until eventually reaching 10 degrees C, or 18 F degrees hotter on average day.

Improved knowledge of glacial-to-interglacial global temperature change implies that fast-feedback equilibrium climate sensitivity is at least ~4°C for doubled CO2 (2×CO2), with a likely range of 3.5-5.5°C.

Greenhouse gas (GHG) climate forcing is 4.1 W/m2 larger in 2021 than in 1750, equivalent to 2%times$CO2 forcing. Global warming in the pipeline is greater than prior estimates. Eventual global warming due to today's GHG forcing alone — after slow feedbacks operate — is about 10°C. Human-made aerosols are a major climate forcing, mainly via their effect on clouds. We infer from paleoclimate data that aerosol cooling offset GHG warming for several millennia as civilization developed. A hinge-point in global warming occurred in 1970 as increased GHG warming outpaced aerosol cooling, leading to global warming of 0.18°C per decade. Aerosol cooling is larger than estimated in the current IPCC report, but it has declined since 2010 because of aerosol reductions in China and shipping. Without unprecedented global actions to reduce GHG growth, 2010 could be another hinge point, **with global warming in the following decades 50-100% greater than in the prior 40 years**. The enormity of the consequences of warming in the pipeline demands a new approach to addressing legacy and future emissions. The essential requirement to "save" young people and future generations is to return to Holocene-level global temperature.

Dr. Hansen's top-line goals:

1. a global increasing price on GHG emissions
2. East-West cooperation in a way that accommodates developing world needs,
3. intervention with Earth's radiation imbalance to phase down today's massive human-made "geo-transformation"

of Earth's climate.

ECS- Equilibrium Climate Sensitivity is the projected eventual rise in global temperature

As of today

1. 10 degrees - 18 F is the projected eventual rise in global temperature based on emissions already in the pipeline when lag factors catch up by the Hansen/Columbia team, which differs significantly from the IPCC's estimates
2. 4-6 degrees C 11 degrees F is the projected eventual rise in global temperature when lag factors catch up by the IPCC team
3. 40 years is the IPCC, as well as Exxon's estimate of the length of time it takes for CO2 emitted today to fully impact the heating of the earth
4. 100 years, is how long the full effects of emissions take to fully kick- in Hansen's paper
5. And this is the primary cause of the Hansen team's temperature difference from the IPCC's
6. Cutting carbon emissions May take decades to slow warming.

Conclusion: Cutting carbon emissions is essential then but far and away not enough to be able to slow what's been started.

Energy reflection layering is necessary to counteract previous emissions.

SRM Solar Radiation Management is priority 1, especially as it is by definition going to have to cover large areas.

There are many forms, especially biological, with similar or even greater caution, and promise as the "harder"energy techniques to capture and utilize solar energy, and process carbon, and we must understand maximize and implement projects

## Questions

Does this mean we effectively feel the effects of Kennedy or Clinton era warming for fast feedback?

Are we able to measure the increase in solar radiation absorbed directly, from readings at a single point?

### ***Three ideas for focused groups to provide reports on

1. Produce separate options on a model of near-term effects of geoengineering, at different engagement levels and cross-use, pros and cons including environmental impact:
2. Land Artificial snow distribution on ice, at the poles on the temperature of the water, and what the minimum intervention to see a result would be. Test out weighted on square corners insulative airtight tarps tested in thick and thin to cover areas and possibly form

B. Water artificial ice layers in the water, buoyant and resistant to salt water, large Due to sheer quantity on site or near on-site manufacturing facilities on land near the sea for processing to sun-shield materials

C. Air airborne layering of reflective, CONTRAILS

Undoing recent boat fuel standards limiting reflective components (sulfides?) in diesel. Proposing dirtying along existing shipping and fuel routes, which seem to be warming possibly as a result of reduced reflections in fuel burnt

2. Mapping polar coastal regions and maximizing

(Workforce projections, cost and time)

Mapping polar regions with large teams on foot, cataloging life and conditions, and maximizing snow-like cover.

Underwater and seismic mappings for all polar areas. Cap and cover methane sources. Which areas to begin: as much as can be mapped without international incident- we can start without the Russians but cannot finish.

3. Build a material-accurate reference scale model of the earth. It will probably require a new version which should begin construction within 3-6 months of the operation of the first.

4. Boat and submarine mapping of methane leaks, methyl clathrate deposits and thermally anomalous regions, and as much polar coast as possible, which involves Russia, though Antarctica, Alaska, and Canada are available to build the template operations for while the other situation remains tense. In any case, this will be more than enough work in the short term to solidify the models, and help from other bodies should be considered.

Get more data on locations and volumes of methyl clathrates

5. Increase by a factor of not less than 10 a network of methane and CO2 sensors capable of detecting changes broadly to Arctic and methyl clathrate zone emissions

Darrell Prince

https://lnkd.in/e6vGe_8W

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA CIRCUIT

IN re (DARRELL PRINCE)                                    )
                                                          )
                                                          )  **CIVIL ACTION NUMBER**
                                                          )
**vs.**                                                   )
                                                          )
**Named respondents**                                     )
                                                          )
**Constitutional Officers of Congress,**                  )
                                                          )
 **57 semi- Sovereign entities, under the**               )
**Constitution**                                          )
                                                          )
**States, capital districts, and territories as**         )
**represented by Attorney Generals,**                     )
                                                          )
**see attached (2020928**                                 )
**In(re)DarrellPrinceDefendentsand**                      )
**Respondents.pdf)**                                      )
                                                          )
**Defendants**                                            )
                                                          )
**RNC, Ronna Romney Mcdaniel in capacity as**             )
**GOP Chair**                                             )
                                                          )
**Donald J Trump, serving as President of the**           )
**Country and the head of the Republican Party**

---

Darrell Prince
Address excluded for security purposes, available upon request from Court officer
Prince.darrell@gmail.com
(609)385-8200

*Prudential Considerations.*—Implicit in the argument of
*Marbury v. Madison* 763 is the thought that the Court is obligated
to take and decide cases meeting jurisdictional standards. Chief Justice
Marshall spelled this out in *Cohens v. Virginia:* 764 "It is most
true that this Court will not take jurisdiction if it should not: but
it is equally true, that it must take jurisdiction if it should. The
judiciary cannot, as the legislature may, avoid a measure because
it approaches the confines of the constitution. We cannot pass it by
because it is doubtful. With whatever doubts, with whatever difficulties,
a case may be attended, we must decide it, if it be brought
before us. We have no more right to decline the exercise of jurisdiction
which is given, than to usurp that which is not given. The one
or the other would be treason to the constitution."

> *The very essence of civil liberty certainly consists in the right of every individual*
> *to claim the protection of the laws, whenever he receives an injury. One of the*
> *first duties of government is to afford that protection. [The] government of the*
> *United States has been emphatically termed a government of laws, and not of*
> *men. It will certainly cease to deserve this high appellation, if the laws furnish no*
> *remedy for the violation of a vested legal right. . . .*

Marbury vs Madison 1803

# PETITION FOR AN EXTRAORDINARY WRIT

Definition: Other Extraordinary Writs, including Mandamus and Prohibition

1. Recognition of unusual circumstances of broad scope questions designated of Special Interest to the Guarantee of a Republic
2. All Writs Jurisdiction application of the Judicial Power, and an exceptional use of power, justified by the magnitude of the Constitutional and statutory violations,
3. Request for greater consensus- ie an en banc per seriatim collection of opinions on relevant points, and even across the Judicial Conference, if agreed to by the DC Circuit En Banc.

The  chaotic nature of the elections proceedings in the United States before its citizens, and the world, requires the full Authority granted to the Attorney General under the Voting Rights  applied to several states, by mandamus if necessary, as well as comprehensive audit of the United States Election systems, and public findings of fact.  The review must take a special look at previously covered preclearance A process must be laid to take care of criminal violations of citizen's rights under color of law, and the documents submitted will clearly demonstrate probable cause for exceptional remedies, primarily drawn from existing court records. The court must clearly define what constitutes violations of the applicable elections laws and ensure enforcement, long dormant will be applied as the law requires more not less for those sworn to the law.

# RELIEF REQUESTED

# 1.Declaratory and Injunctive relief remedies outlined in the Voting Rights act, applied with an excess of care, and court ordered enforcement of credible criminal violations.

# 2. Full audit of the American election systems for review, using the best review of available data, with court designated observers, to provide standardized reports that can meaningfully be viewed and managed across multiple precincts

A. Convene a Voting Rights Act three judge panel to rule on, and answer all questions in Eastern District PA 16-6072 complaint January 30th, and the amended complaint retroactive to the date of submission February 2019 and supplemented by  Empanel a grand jury for findings of facts, and issuance of charges. Look at party, not by state, as the two corporations whose membership- declared or not- make up nearly 100% of the US government.

B. The FBI and Department of Justice, via mandamus are ordered to prosecute criminally credible complaints, and especially those under color of law of Congressional Elections law, undergirded by Constitutional mandates to enforce, and prosecute the usually 5 years in prison for federal crimes, and to act, via contact and investigation, subpoenas issued, arrests and perp walks

# 52 U.S. Code § 10307.Prohibited acts

*(a)Failure or refusal to permit casting or tabulation of vote*

We seek a specific clarification from the Court, and from Congress  as to the intent of the law to prosecute executives, judges, officers, legislatures, and makes no credible distinction for other forms of Constitutional Authority, in fact, the premise of the law is criminalize state officials who refuse the right to vote, and only applies to government officials, and indeed we ask for a full public record of facts found in all credible complaints, and patterns and practices. But the focus and the

strength of law around the prohibited acts must be brought. The document based on the DNC RNC Consent decree violations, combined with the courts own records demonstrate the patterns and practices, particularly with regards to (a) (b)(d), as the public corruption aspect must first be addressed- the others if small in numbers have negligible impact. But they do need to be identified. This the law of the land by the last word in American law on elections: Congress.

*Article I*

*Legislative Branch*

*Section 4: Elections*

*The Times, Places and Manner of holding Elections for Senators and Representatives, shall be prescribed in each State by the Legislature thereof; but the Congress may at any time by Law make or alter such Regulations, except as to the Places of chusing Senators.*

## 15ᵀᴴ AMENDMENT

*The right of citizens of the United States to vote shall not be denied or abridged by the United States or by any state on account of race, color, or previous condition of servitude*."

**The Congress shall have power to enforce this article by appropriate legislation.**

(                                                                    (emphasis Mine)

## 14TH AMENDMENT
## SECTION 5.

*The Congress shall have power to enforce, by appropriate legislation, the provisions of this article.*

Congress enacted with these powers, born of the struggle of the Civil War, and finally won after several years of war, in which our country tore itself apart. The resulting legislation was born of

## VOTING RIGHTS ACT
### 1966 REAFFIRMED IN 2006
## 52 U.S. CODE § 10307.
## PROHIBITED ACTS

# (A)FAILURE OR REFUSAL TO PERMIT CASTING OR TABULATION OF VOTE

No person acting under color of law shall fail or refuse to permit any person to vote who is entitled to vote under any provision of chapters 103 to 107 of this title or is otherwise qualified to vote, or willfully fail or refuse to tabulate, count, and report such person's vote.

# (B)INTIMIDATION, THREATS, OR COERCION

No person, whether acting under color of law or otherwise, shall intimidate, threaten, or coerce, or attempt to intimidate, threaten, or coerce any person for voting or attempting to vote, or intimidate, threaten, or coerce, or attempt to intimidate, threaten, or coerce any person for urging or aiding any person to vote or attempt to vote, or intimidate, threaten, or coerce any person for exercising any powers or duties under section 10302(a), 10305, 10306, or 10308(e) of this title or section 1973d or 1973g of title 42.[1]

# (C)FALSE INFORMATION IN REGISTERING OR VOTING; PENALTIES

Whoever knowingly or willfully gives false information as to his name, address or period of residence in the voting district for the purpose of establishing his eligibility to register or vote, or conspires with another individual for the purpose of encouraging his false registration to vote or illegal voting, or pays or offers to pay or accepts payment either for registration to vote or for voting shall be fined not more than $10,000 or imprisoned not more than five years, or both: Provided, however, That this provision shall be applicable only to general, special, or primary elections held solely or in part for the purpose of selecting or electing any candidate for the office of President, Vice President, presidential elector, Member of the United States Senate, Member of the United States House of Representatives, Delegate from the District of Columbia, Guam, or the Virgin Islands, or Resident Commissioner of the Commonwealth of Puerto Rico.

# (D)FALSIFICATION OR CONCEALMENT OF MATERIAL FACTS OR GIVING OF FALSE STATEMENTS IN MATTERS WITHIN JURISDICTION OF EXAMINERS OR HEARING OFFICERS; PENALTIES

Whoever, in any matter within the jurisdiction of an examiner or hearing officer knowingly and willfully falsifies or conceals a material fact, or makes any false, fictitious, or fraudulent statements or representations, or makes or uses any false writing or document knowing the same to contain any false, fictitious, or fraudulent statement or entry, shall be fined not more than $10,000 or imprisoned not more than five years, or both.

# (E)VOTING MORE THAN ONCE

(1)Whoever votes more than once in an election referred to in paragraph (2) shall be fined not more than $10,000 or imprisoned not more than five years, or both.
(2)The prohibition of this subsection applies with respect to any general, special, or primary election held solely or in part for the purpose of selecting or electing any candidate for the office of President, Vice President, presidential elector, Member of the United States Senate, Member of the

United States House of Representatives, Delegate from the District of Columbia, Guam, or the Virgin Islands, or Resident Commissioner of the Commonwealth of Puerto Rico.

(3)As used in this subsection, the term "votes more than once" does not include the casting of an additional ballot if all prior ballots of that voter were invalidated, nor does it include the voting in two jurisdictions under section 10502 of this title, to the extent two ballots are not cast for an election to the same candidacy or office.

Orders for Observers(to preserve precise records nearly invisible) and Referees for most precincts. As complete a recording of all activities and complaints Mostly locals and several slots should be saved for appropriate technical experts, but these should be in teams of 4 which should be mixed

The voting rights complaint forms, or issues should have a poster for submission, via the web to collect data from each polling precinct. This can easily be accomplished by the FBI placing notices.

### C. Order to the effect of all votes must be counted and tabulated by any citizen, and no criminal penalties save for a future legal disqualification- post counting for any vote, for

Statement of the state of Criminal law- voter intimidation is a crime, for which the Department of Justice and the FBI via writ of mandamus will make their highest priority to prosecute.
Voter complaints will be tallied and correlated with Observer and Referee observations, along with concurrent FBI DOJ and audit process map for 2016 2018 and 2020

Ballots will be considered either valid voter intent or evidence of a possible infraction, and the disposal of either of these, instructions to do so whether executed or not is a crime the FBI and Department of Justice must prosecute, and pertains to election boards, Executives Legislatures and officers of the Court, of the State, specifically.

However, the Declaratory Relief requested will clarify this path, and Court Clarification of yes, hypothetical situations in which the court would consider a prosecutable offense. But whatever the gap in necessary enforcement of criminal law, with video evidence, documents, there's no prosecutions of a clear pattern of criminal misbehavior, so the courts should give guidance

The Constitutional right to a speedy trial requires that justice be swift. A public announcement may have the effect of mitigating any nonsense before it starts.

1. documentation of all 2020 election processes, by federal and state observers, and/or referrees with specific training in information technology process mapping, preferably 21 CFR Part 11 standards, on hand at all vote tallying sessions
2. Formal accounting of the issues involved in 2016 are warranted by any of the situations listed in this document. This can be done concurrently to the documentation of current election processes.
3. Review of all voter roll purges

The United States Federal Election System, by way of it's constituent States is neither precise, nor accurate, nor secure enough to have made the 107,000 vote across 4 states call of 2016, and looks to have more confusion in 2020.
Worse, the relevant processes, and procedures for determining outcomes, appear to be inconsistently executed; prosecuted. A dual party system, where all political appointed or elected are members of either the ruling or minority party means these investigations will always be held by active political agents, who will either have to investigate their own political party members or a political investigation into the members of the opposite party is a regular conflict of interest.

The audit requested is unlikely to be able to verify as fact the outcome of the United States Presidential election of 2016, as the results will not meet Federal rules for Evidence, but it will verify the uncertainties. Managed carefully this will meaningfully engage the people in verifying the outcomes of our elections, lessen the number and length of elections cases, and force legislators to stay focused on accomplishments, and progress, rather than Apportionment and voter suppression.

The audit of the Federal election system in 2016- and concurrent audit for 2020 is the well-worn first step in restoring in the American election systems to the appropriate federal legal standards for systems of record by reviewing the process of the last run. As the Apportionment Map Of the United States itself, and the electoral college has not been completed with Constitutionally mandated processes, either Congress must pass a Reapportionment which satisfies 14-2 election criterion or the electoral college process cannot be accepted as anything other than fraudulent. Like any process in which a statutory step is uncompleted, the resulting work, is legally invalid. The Courts could bridge this gap ala Baker v Carr, and must be prepared to attempt to do so
The territories and DC must have voting representation in both the House and the Senate, in order to have even a reasonable compliance with citizenship rights. A 2 Senator 1 House Rep for each Geography is a suitable compact to last through for 10 or 20 years, and reasonable to privileges and immunities and equal protection under the law.

The original filing- and the amended complaint were filed in December 2016 and February 2017. The Constitution was written in 3-4 months.

This filing is meant to result in national injunctive and declaratory relief in the form of an Extraordinary Writ, and meets the traditional 4 part criteria for emergency injunctions.

It involves the membership of all Article branches and certainly II and III and whether or not they have been seated in a process according to Constitutional law.

The Presidential election of 2016, the US election systems, and the mechanisms of enforcement, are not in compliance with case law determination of rights under the Constitution, and wholly violate due process and best practices for management of legal systems of Record, in the following areas

1. Active election security enforcement
2. Systems of records management and Maintenance
3. Enactment of the current Constitutional mandates for Apportionment

Original filing had 2 components; foreign emoluments and Apportionment- for which I urged some legal process in play before the political interference would make progress impossible, because I believed the US Government hadn't really solved Executive Oversight issues and would cause a snarl in government function without DOJ's necessary energy and effort to resolve. Without some guidance on what the law was, we would spend years untangling legal issue after legal issue because on some issues emphatically neither Congress nor the Courts have said what the law is. Instead of a 3-4 page declaratory relief statement on the history, and likely application of what has to be nearly the simplest and most obvious passage in the constitution, the Emoluments clause, my fears sprung to life, in the Mueller investigation obstruction (see entire second half of the Mueller report; what appears to be Nixonian obstruction of Justice)

Cassandra like, 3.5 years later these issues are still being decided- and what would seem like interpretation of a paragraph of text says about a President's ability to take payments from foreign entities has no statutory or case law, despite public evidence of clear conflicts of interest, which the Courts have a responsibility to decide what the law is.

 Mr. Trump announced an intention to hold the G7 in his own hotel but backed off amid pressure over emoluments. There are stories of military staying in Trump hotels in Scotland. The answer seems clear actually: he'd have to get Congress to agree prior to acceptance. The issue also concerns the recent Criminal proceedings against General Flynn, as it is a curiously understated, and un prosecuted but admitted fact that he received funds from the Turkish Sovereign, unreported to his team as the National Security Advisor, in excess of his salary.

Reasonable security for the country necessitates a review process for foreign influence and it is clear that there is none being observed as required by the Constitution. The idea that a presidential candidate should somehow be free from vetting or FBI investigation is absurd, particularly ones which publicly advocate for foreign services to commit crimes on American soil.

The other, which is 14-2 apportionment, or Apportionment, as it is the current Constitutional methodology for Apportioning the United States of America, which is not being done. Like any statutory process, left incomplete, the results are not allowable by law.

Herein, we adopt a clear, judicially manageable standard, backed by federal precedent, to challenge the outcome of an election, and demonstrate that a wide variety issues require scrutiny

 It will require coordination and action across several states, and possibly multi judge panels in multiple states.
It is both the beginnings of and request[1] for systemic review of the technical (voting mechanisms) and legal components of the American Election system, and the enforcement of existing court orders, consent decrees, Constitutional, civil, criminal federal statutes as well as it's results in the 2016 and 2018 up to injunction and overturning of elections. While the scale and scope of the relief is unprecedented, due largely to a decades long lassiez faire and kumbaya enforcement of ancient law, the underpinnings are hardly difficult legal questions.

## 1. Likely hood of winning on the merits

---

[1] Petitioner requests. The law, and the facts demand.

Note: The grant of Article I,II, III powers must always be without question legitimate, and the burden of proof is on the government, of the legitimacy of process. Thus the onus of evidence to demonstrate legitimate transfer of Constitutional authority lies with the government.

The validation of these claims as having Constitutional merit, affecting the rights of millions of Americans, is here calibrated to be verified as valid in an afternoon of clerk research.

The right to bring this is clear:

*Among the grounds for contesting an election set forth in N.J.S.A. 19:29-1, subsections (e), (f), and (g) are applicable to this appeal. Those subsections provide, in relevant part, that voters may challenge an election,*

*e. When ... legal votes [have been] rejected at the polls sufficient to change the result;*

*f. For any error by any board of canvassers in counting the votes or declaring the result of the election, if such error would change the result; [or]*
*g. For any other cause which shows that another was the person legally elected.*

The number of votes that resulted in the electoral college victory was 77,000 across Michigan, Pennsylvania and Wisconsin, where 3 recounts were started and stopped, prior to full recount despite being paid for. Or 107,000 if North Carolina is to be included, where fraudulent elections have already been found in a federal election, as well as a District and Circuit Court Opinion a finding of racially discriminatory intent.

For the purpose of determination of the threshold of an election complaint against the United States is **77,000**.

The most severe, save insufficient campaign finance oversight system, claims are here, and all meet that narrow threshold.

### Apportionment

The Apportionment Map of the United States has not been conducted with Constitutionally required methodology, and this correction must occur immediately. The Electoral College map is a conversion factor based on population and House Apportionment, after a necessary voting rights determination has been made by Congress. In most legal processes, if statutory requirements have not been fulfilled, everything that issues forth is legally invalid. This should obviously go double for Constitutional requirements.

Further, it is a well crafted mechanism to publicly shame voter suppression tactics; nor should full representation to rigged "rotten boroughs" be allowed to share the legitimate administration of Constitutional Authority. Certainly no Electoral College victory can be awarded by a Constitutionally deficient process, and a la Baker v Carr. A popular vote determination

Scope:  **Minimum 11 million citizen votes**, but any voting rights issues are robbed of mandatory oversight may have been struck by the application of this remedy

Evidence: Matter of fact, and burden is on the government to provide said evidence as proof of Constitutionally mandated duty performance

*"No serious effort was ever made In Congress to effectuate § 2,"* Government Publishing Office Annotated Constitution.

The weight of such a reference referral must be considered same as fact.

To sum for clarity, the reigning official Constitutional formula for Congressional and Electoral College Apportionment,[2] has never been applied, according to the Government.

It ties voting rights, Congressional functions, events and Apportionment management.

Using the current Apportionment map for the 2020 election would be a Constitutionally deficient election, as a voting rights mechanism mandated by the Constitution to be a part of the  has not been enacted by the House of Representatives and Congress. At this juncture a focused district and appellate panel may be able to do in a month what may take Congress longer, though any House of Congress passed findings would have to weigh in heavily. The Electoral College cannot deliver an election until these matters are solved concretely.

## Systemic under enforcement of criminal voter suppression

The pattern and practices document is drawn from the DNC RNC Consent Decree, and adding on Nixon, Federal Commission on Civil Rights and Greg Palast,  and amounts to a pretty clear record of civil and criminal violations, in the existing court records, and   without any further evidence than what is already available to the Courts,
Crosscheck itself was a clear, and flagrant violation of the DNC RNC Consent decree that alone merits examination of the cross state pattern of voter purging that continues to this day, by a group that has never been properly disciplined as required by law. More than a million purges by 2016, disproportionately affecting people of color and younger people, and 10x the difference in the outcome of the Presidential election. Caging, again.

.

There are numerous examples of violations of the DNC RNC Consent Decree- that the state parties were involved in ballot security initiatives without preclearance required by the DNC-RNC consent decree and not addressed in that circle. The actions of state party members in their legislative capacities cannot be ignored as actions of the party. The RNC, as part of a settlement for rock solid evidence of what were really criminal violations, turned around and ignored the court order and caught several times with enough evidence already in the courts to demonstrate a pattern and practice of criminal misbehavior, flagrantly and with contempt for the American legal system. That no arrests occurred in the original event- a Roger Stone operation

---

[2] one that became far more important with the cap on House Representatives at 435 (which without looking also does not seem to have been reviewed with case law  with a suitable measure of care)

involving paid off duty in uniform officers threatening arrests at polling locations, triggered this order in a 1981 NJ Gubernatorial election of Thomas Kean is shocking. And we see that

I require declaratory clarification; it will serve law enforcement well and will create a stronger Justice for elections crimes enforcement; Should criminal charges have been applied in the context of the original DNC RNC case?
What instance would any of the volumes of criminal elections and violations of Constitutional rights under color of law  be actually
Further in North Carolina and Texas there were findings of discriminatory intent, which must be considered violations of the DNC RNC consent decree. Even the appellate mandate would be subject to recall, as an existing court order affecting the outcome that did not take into account the long history

The behavior path must be broken; there are no shortage of minorities who hold what would be in the conservative mindset but cannot vote Republican because this stuff is aimed square at suppressing them.


## Records

``          Ballots sent to the elections board are either 1. a voter's intent and a legal document `headed `to a process of law, or 2. evidence of fraud. In either event, they must be catalogued properly. Votes as what they are; legally binding receipts of the selections of public officers, and whatever the constraints on keeping paper ballots was, the electronic records are a trifle in the information age, and the science on keeping secure paper- electronic balance is considerable, and well agreed upon throughout humanity, with the exception of the United States

The second standard, for systems suitability to determine legally relevant outcomes, is set in 21 CFR PART 11. It is dubious whether or not any state meets these standards, which are more than warranted by the extraordinary amount of pressure the American election systems are under, as the richest and most powerful nation on earth, from within and without.

It is unlikely that more than 90% (very generously) of the votes in the election of 2016 can be verified within the context of 21 CFR Part 11 standards. Any votes on DRE's cannot be counted as reliable votes, inherently prone to a potential for theft.

The Federal Archives shall maintain digital imaging and process documentation on systems used in elections, including provisioning of infrastructure, presumably with NIST

The role of the Courts in regulating the major political parties' internal rules of operation, including access to records must become assumed and served with the highest of priorities and the RNC holds no monopoly for the necessity of that. The path of the pharmaceutical data keeping solves many such problems.

## 2. Plaintiff has no adequate remedy at law

This suit is a challenge to the election of the current administration, who have via attacks on recusals, DOJ, Attorney Generals, FBI Directors demonstrated a clear willingness to interfere politically in on going cases. Verifying that government processes followed letter to the law execution of legal processes and especially Constitutional processes is what the Courts do. It is for this reason that this complaint is constructed to give the Courts broad authority to resolve underlying issues, and to develop a process for doing so that can appear to be untainted by situations in which the need for recusal is clear.

It is my interpretation that election fever overwhelming the political branches, hardly an inconsiderable concern, that would cause judges the wrong kind of involvement in the politics of cases that lifetime appointment was deemed appropriate.

Pursuant to the general concept of recusal, and as noted in the original 2016 filing, and demonstrated in Watergate, and yet again, masterfully by Mr. Trump- people cannot be in charge of investigating themselves. But as the Executive's role is to take action- the only strong investigative resources for criminal and civil actions being in the DOJ is a problem because the Executive branch is both the enforcer of Constitutional law, but also the most likely to violate Constitutional law.

## 3. Irreparable Harm

I do not wish to take the chance my words to these courts again leap to life, but I would be remiss if I did not state the obvious with the pattern of court cases across the 2nd and DC Circuits, indicating a flagrant disregard for the clear preference of the founding fathers in terms of the Role of the Presidency, and a willingness to destroy institutional norms and reward criminal behavior, including lying to Congress. The form with which the Mueller Report was delivered to the American people indicated clear, and scarily successful attempts to dampen the findings of the report, which no court can have too much doubts about Republican FBI Director Mueller's partisan leanings, and it painted a picture of behavior shocking even to John Bolton, not known for his rigidity of process. The reports of Post Office slowdown is shocking even by this administration's standard, attacking a Constitutional institution older than the DOJ, that provides services most vital to rural communities in every state. While the Postmasters statements are less clear- public statements have been made that the mail was being slowed, to prevent mail in ballots. Here, even the public perception of harm creates public doubt as to veracity. In Pennsylvania- the naked ballots question- one which would have been addressed by the scope of the case, again, threatens the outcome of a vital swing state.

https://www.msn.com/en-us/news/politics/pennsylvania-becomes-epicenter-of-2020-election-chaos/ar-BB19IdXq?li=BBnb7Kz&ocid=wispr

While I applaud the people of Belarus's bravery in dealing with a bad election, I do not wish to emulate their situation.

## 4. Public Benefit

A system of government that honors its own written priorities aids all who live within it's jurisdiction. Reducing the attention spent to elections by formalizing a best practices for processes, will clear legislative and judicial dockets of 70% of what they attribute to them now.  Further, review of elections issues for the courts, and even, an actual enforcement of "equal protection under the law" as it pertains to elections systems and law, requires a data and reporting format that allows for in depth review. Tough the first time, but every other case going forward will be easier.

Elections cases will be cleared up easier, and less burdensome on the courts, as the clarity of the public record makes deliberation less of a multiday affair.

In Addition to the relief from the extensive public harm, the faith in the American election system is at an all time low, on the Left from Mueller investigations, and on the Right, from the claim that 3 million illegal immigrants voted, in some cases multiple times for Democratic candidates. This system is badly calibrated, prone to manipulation, and almost certainly the target of multimillion dollar manipulation schemes by many interests foreign and domestic.

Unrest is lack of justice

11 million people granted FULL voting representation in Congress. The full faith of the American people in their elections systems, restored, and the responsibility for maintaining it back in their hands.

the bible says "He who spares the rod hates his son, but he who loves him disciplines him diligently" getting away with all of this is distracting from a necessary balance of mindsets that the American system was meant to accentuate. There are no shortage of conservative minorities. It is difficult to vote for someone who has attempted to keep people of your race from voting, by taking actions that are federal crimes.

## 1. Rule 21. Writs of Mandamus and Prohibition, and Other Extraordinary Writs

**(a) MANDAMUS OR PROHIBITION TO A COURT: PETITION, FILING, SERVICE, AND DOCKETING.**

**(1) A party petitioning for a writ of mandamus or prohibition directed to a court must file a petition with the circuit clerk and serve it on all parties to the proceeding in the trial court. The party must also provide a copy to the trial-court judge. All parties to the proceeding in the trial court other than the petitioner are respondents for all purposes.**

**(2)(A) The petition must be titled "In re [*Darrell Prince*]."**

**(B) The petition must state:**

**(i) the relief sought:**

**1)** *Special Master to design a process to address the issues raised by this case*

2) *Trial judges selected for specific competencies*
3) *Special Prosecutor ordered, possibly in multiple jurisdictions and special process defined with 72-hour appeal answers*
4) *Order all review of all voting roll purges since 2016, and relief as necessary*
5) *Plausible mechanism to review Executive actions, and to provide non political oversight of elections*
6) *Concurrent Audit of the elections systems of all jurisdictions under the aegis of the US ``Constitution, 5-50 team members per state, in some form of risk limiting audit/21 CFR Part 11*
7) *Voting Rights Act dismissal of preclearance in Shelby v Holder assumptions `reviewed, and findings of fact certified by the court, primarily based on review of 1. `Court cases in the intervening years and 2. State legislative changes to voting most of `which should not require much discovery*
8) *Or in the alternate, proposal of interim standard to serve in place of 5, based on evidence existing election law cases*
9) *Award all costs for these reviews, the audit, and any replacement equipment/paper ballots at 5 billion, to managed by the Special Master as enforcement costs required from 14th and 15th amendments, including*
10) *The designation of election systems as Federal Record systems (large % of voting machine apparatus is federally funded in any event) , reviewed and maintained according to the 21 CFR Part 11 guidelines, particularly with regard to election results and priority review of all Constitutional issues brought herein, in all jurisdictions, effective immediately with costs remanded from Treasury and managed by the Special Master.*
11) *Archives relationship to votes, decisions on votes as federal records.*
12) *Review of safe Harbor law for Constitutionality, and practicality in the information era- as it appears to statutorily paper over Constitutional requirements, and actual fraud.*
13) *APA style review of White House Actions and Activities with regards to elections- whatever leeway in operating the government in secret the Executive has, the USPS actions, in addition to the long shameful history of voting rights violations, clearly warrants review*
14) *Orders as necessary, prior to hearing*
15) *Hearing scheduled at first opportunity*
16) *Recusal of any judge who will have clear conflicts, and the scope of this case must properly include the cancellation of judicial fillings after January 2017, especially in light of the other matter which will be submitted to this court regarding Appointments clause conflicts*
17) *Declaratory and injunctive relief with a prejudice towards action using All Writs Authority for the Judicial Power to resolve All of the Constitutional issues laid within, and appropriate process designed, by necessity by the Courts, to determine facts, clear the record, and guide current and future enforcement until such time as Congress updates said issues or until review at the next Apportionment 2021, or 2031*
18) *Priority to any civil cases around election policy changes with a prejudice towards stare decisis without solid (aka Covid-19) reasons*
19) *The penalty for many violations in this review is requested to be civil disbarment including from voting for not less than 10 years.*
20) *Process laid for review and representation in both Houses of Congress for the more than 11.5 million American citizens without full sovereign representation required by the Constitution of the United States of America.*
21) *Parallel criminal investigations assigned as necessary*

22) *Historical and declaratory relief on the issues presented, and a cooperative process between the branches worked out, taking public comments, and a special, noted section for the opinions of those with Constitutional authorities to spark public discussion.*

23) *Creation of a cross jurisdictional elections map for comparisons between states and on election criterion. Some portion of this being publicly ranked may produce state pride improvements via competitive natures*

24) *Recusal order standard, and process for criminal oversight on political branches that doesn't include self investigations, particularly for the executive to serve until Congress updates, declaratory relief on the apparent scope and shall language in 28 USC 455*

**(ii) the issues presented;**

**(iii) the facts necessary to understand the issue presented by the petition;**

**Petition Statement:**

*The United States is negligent in the maintenance of its own election laws and parameters, Apportionment, records keeping laws vital to the health of a Republic guaranteed, and all have justiciable standards.*

*Note on standard:*

*Operating standard for these issues is the a**ppearance** of impropriety, or Constitutional violation. The selection of Article branch membership must always be without question, and the public records must be such that any question, of any Constitutional power transfer by election or Appointment, as such the burden of proof of Constitutional alignment lies with the State, and not the petitioner, though in this case there is no issue as the evidence is either public record, and the patterns and practices within the Courts' own records is more than sufficient for the relief requested*

*Issues:*

1. *Record keeping laws*
   *The various hodgepodge of election systems -plural- in states, at three levels- legal, human and machine, do not comport with worldwide systems of record standards, largely in agreement or the appropriate federal legal standard for which I have been trained,  21 CFR Part 11.  A request for records from Merck can accurately and quickly retrieve every record for every measles vaccine, and where it was delivered world wide that was in the system I worked on in the early 2000's until it was replaced(with 20 year guidelines for records keeping, usually by practice exceeding these guidelines). The same cannot be said for the Presidential election system in 2016, nor many of the component states. It is doubtful 90% of the votes of 2016 would meet existing Federal Rules for Evidence in a review. It is certain that less than 90% would meet 21 CFR Part 11 standards We cannot prove less than 4 years later prove who won the Presidential election of 2016.*

   *In 2016 I voted on a machine outlawed by the NJ Supreme Court, as well as the NJ State Constitution, a Direct Recording Electronic machine, of the sort still in use by millions of Americans, the digital equivalent of asking voters to use dry erase board to mark their votes. This is the case for more than 20 million voters even today.*

2. *There is an extraordinary history of state level civil, criminal, Constitutional, and court order violations of voting rights of African Americans which amount to a clear pattern and practice encouraged or tolerated by RNC and related organizations over a 50 year window. While the current configuration of the DNC electorate is such that African American voter suppression cases are highly unlikely, the policy decisions of the two dominant political entities in the United States of America must be considered of special interest to national security. Both RNC and DNC have admitted hacking) as they are targets of international espionage, as the Mueller report lays out, (and thus, their systems of records including email oversight should be equivalent to the 21 CFR Part 11 standard, for legal systems of records, specifically designed to prevent fraud even from the users of the system.*

*Specifically, voter roll purging, occurring at record rates, and for some reason seem to violate more rights than they protect, which is an actual precedent for overturning elections, via Toney vs White 488 F.2d 310 (1973).*

Timeline of RNC near fact violations of both DNC RNC Consent Decree or Criminal conspiracy to deny the right to vote in violation of the 14th and 15th amendments

1968-"the Chennault Affair." LBJ Presidential library
1972 – Watergate- Congressional Record/Court cases
1981- Consent decree (2010 DNC RNC Consent decree)
1987 Enforcement Action for RNC Violation and Consent Decree Modifications :
1990 Enforcement Action – modifications 2010 DNC RNC Consent decree decision, 3rd Circuit
2000   Florida voter purge
US Commission on Civil Rights: Voting Irregularities in Florida During the 2000 Presidential Election
https://web.archive.org/web/20041217000309/http://www.usccr.gov/pubs/vote2004/elect04.pdf
2004 Enforcement Action (the "Malone enforcement action" (Source: 2010 DNC RNC Consent decree))
2005- Electoral vote count in Ohio challenged, after Consent Decree action (Source:Congressional Record)
2016 GOP Platform:
Veasy v Abbott (Discriminatory Intent finding)
NAACP v McCrory (Discriminatory Intent finding)
Incomplete list of the Federal cases which are RNC or affiliated organization sponsored expressly ballot security initiatives in 2013-2016

In light of strong evidence of violations of existing court orders, both the Voting Rights Act, and the DNC RNC consent decree – the court ordered discontinuation of these- and the premises used- have proven not only incorrect but detrimental to the integrity of American elections
    Even a review of the number of elections cases pre and post Shelby vs Holder will attest to this.

3. More than 4 million American "citizens", approximately 75% of whom are specifically protected by the 15th amendment, as people of color, in groups for which the history of discrimination is long and public, have no voting representation or influence over their national sovereign bodies, in violation of the 14th Amendment, possibly multiple clauses. In fact, as the Electoral College is a conversion factor, weighing populations in various states to change the value of their population, without all American citizens, and also without the Congressional voting rights determination of all of the States, required by the Constitutional, it is a serious legal question as to whether or not the values of the Electoral College is legally valid. This is arbitrary and capricious inaction on the part of Congress which affects millions of people and the outcome and balance of power in America. No written authorization exists for the exclusion of one group of citizens vs another, and this comports to the situation of the original 13 colonies. Their remedy was armed revolution, and after, the Constitution to prevent the need for armed revolution, in the US. It seems to the petitioner that armed revolution is to be avoided as it appears to be something of an ordeal. The case justifications used, are often the Insular Cases, but in fact, the Insular Cases are quite clear: Constitution may have a warm up period in a new territory, but colonization is not a power any part of this government has, either through action or negligence.

14th Amendment violations: The apportionment map of the United States, used in 2016 to award the Presidency through the electoral college, has not completed the necessary Constitutional steps to be compliant with the reigning Apportionment step of the US Constitution, 14-2. The electoral college being a mechanism for handicapping smaller states influence, the necessity of consistent evaluation seems obvious, beyond the Constitutional shall, included in the language.

Congress must or the Courts if necessary, must complete these steps, in accordance with precedent set via the Baker vs Carr, Wesberry Sanders line of decisions.

4. More than 40 of the federal electors were ineligible according to state law.

**(iv) the reasons why the writ should issue.**

***The public good and harms are laid out more in depth in the supplementary section of this petition, written in the form of the traditional 4-part injunctive format, here we focus on Constitutional Execution.***

## 1. Met standards in local jurisdiction

First, because according to the jurisdiction, the right to challenge elections has been met- the 107,000 vote threshold is met in at least 3 different instances set here.
**Universal Citation:** [NJ Rev Stat § 19:29-1 (2013)](NJ Rev Stat § 19:29-1 (2013))

**19:29-1. Grounds stated**
The nomination or election of any person to any public office or party position, or the approval or disapproval of any public proposition, may be contested by the voters of this State or of any

of its political subdivisions affected thereby upon 1 or more of the following grounds: *(Inapplicable grounds removed)*

a. Malconduct, fraud or corruption on the part of the members of any district board, or of any members of the board of county canvassers, sufficient to challenge the result;

*The RNC DNC Consent decree violations and Crosscheck meet the spirit of this requirement, more than a million questionable purges which appear to be clearly disenfranchising of African Americans and people of color in 2016. Several million more have been purged in the interim.*

*There is a clear pattern of illegality, violation of court orders with underlying federal civil and criminal statutes which appears to be under prosecuted.*

*Congress's failure to certify the Apportionment map with an appropriate voting rights, and to Apportion in 4.5 million "Citizens" who are unaccounted for in the Electoral College, certainly qualifies.*

e. When illegal votes have been received, or legal votes rejected at the polls sufficient to change the result;

*50 of the electoral college votes received in 2016 were by electors who were disqualified by state law, and the state government cannot bless fraudulent votes by not addressing the underlying issues by ignoring its own laws, despite the "safe harbor" law.*

*There is not a consistent definition of what is to be done with ballots, nor consistent tracking of legal votes rejected at the polls.*

f. For any error by any board of canvassers in counting the votes or declaring the result of the election, if such error would change the result;

*see above on Records precision. This complaint is full of such reasons, starting with the Electoral College Map, used to award the Presidency in 2016, has never undergone the Administrative Constitutional requirement of Congressional 14-2 Apportionment. What other legal outcomes are permissible after skipping a Constitutionally mandated step?*

*Which means the results could be construed as fraud. At least, 11.5 million people are in a quasi legal state, with several Constitutional questions, well known to Congress, owing significant responsibilities to Apportion in these folks, as well as to review the Voting Rights of every state.*

*Electors who were fraudulent according to the Constitutional standard, which is the state legislative requirements for electors. A "safe harbor" law, which says that somehow political branches can cover over fraud, or even change the outcomes of elections without possibility of review.*

*Florida, North Carolina, Michigan, Texas, Ohio, New York, New Jersey, Pennsylvania have had public election related fraud and undue government interference incidents since the original filing- underlying*

## 2. The Court's role in addressing Constitutional violations

The judicial Power shall extend to all Cases, in Law and Equity, arising under this Constitution, the Laws of the United States, and Treaties made, or which shall be made, under their Authority;—to all Cases affecting Ambassadors, other public Ministers and Consuls;—to all Cases of admiralty and maritime Jurisdiction;—to Controversies to which the United States shall be a Party;—

*The matters at hand, involve the 5th 12th 13th 14th (3x) 15th, and part of the selection processes for all of the Constitutional officers tasked with Constitutional enforcement , and my right to petition the Court for the redress of my grievances, the 1st. The scope of these Constitutional issues therefore, directly or indirectly affect the execution of every US government process. My understanding is that Congress writes laws, allocates money and creates Agencies, The President executes those laws, leads the Agencies according to the law toward better execution of those laws, and cannot hinder them, and the Courts judge the execution of legal processes, and compare the de facto image of the law to the Constitutional, and make all necessary changes to bring the two back into realignment. From the Census to the Postmaster General, that there is a public controversy over elections to which the US is a party- across several aspects- is practically a fact certifiable by the courts. Further, there is no plausible pushback from the Executive branch, as it's own statements about 3-5 million illegal immigrants voting, would justify this review if true, and if false, a review of defrauding the American people.*

**From the original NJ Plan, brought forth to the US Constitution (Wikipedia) in the Supremacy Clause**

This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the United States, shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding

*Presumably this includes case law, if necessary.*

*Significant enough Constitutional merit arises, as well as proof that mechanisms designed to protect people are not being executed with due diligence to merit the audit requested; further it is clear from statutory case law and the text of the Supremacy Clause, that the role of Federal or State judge is bound to the Constitution, that no reasonable and substantial Question of Constitutional Law, posed by a citizen exercising 1st amendment can go unanswered by the courts, particularly ones which involve 1.Direct administrative functions 2. Elections 3. Scope- millions of people.*

**(C) The petition must include a copy of any order or opinion or parts of the record that may be essential to understand the matters set forth in the petition.**

*The original filing, Eastern District 201 on December 30th of 2016, amended, but neither accepted, nor responded to on February 19th 2017 contained these grounds- in which IFP and it's accompanying merit check was performed- and immediately closed. Despite some form of this case being in the Article III Courts since then, and found to have merit, despite strong statutory right to bring this issue in the jurisdiction, it has never had hearing, nor even had the primary grounds discussed.*

1. *Dismissal on standing grounds and 2. Short and simple explanation of right to relief. Both can easily be addressed by the review of NJ Rev Stat § 19:29-1 (2013), grounds for challenge election processes in the jurisdiction. NJ state law is very clear about a voter's right to bring a challenge for any reason that could plausibly have changed the outcomes.. It has been said that only your own state processes matter, and that's true for state offices. But fraud and lack of rigor in elections for offices which hold jurisdiction over a citizen make a citizen's right to seek relief obvious- jurisdiction over an area gives a cognizable right to relief in selection processes. Jurisdiction is a double edged sword, going both ways, power over is reciprocal power to insist upon consistent standards for selection of enforcement officers and offices.*

    *and careful review of the Baker v Carr, Wesberry Sanders line of cases, tied in with the Government's admission to it's violation of the 14th amendment for apportionment, clearly state the voters right to bring such cases.*

**(3) Upon receiving the prescribed docket fee, the clerk must docket the petition and submit it to the court.**

*IFP*

**(b) DENIAL; ORDER DIRECTING ANSWER; BRIEFS; PRECEDENCE.**

**(1) The court may deny the petition without an answer. Otherwise, it must order the respondent, if any, to answer within a fixed time.**

**(2) The clerk must serve the order to respond on all persons directed to respond.**

**(3) Two or more respondents may answer jointly.**

**(4) The court of appeals may invite or order the trial-court judge to address the petition or may invite an amicus curiae to do so. The trial-court judge may request permission to address the petition but may not do so unless invited or ordered to do so by the court of appeals.**

**(5) If briefing or oral argument is required, the clerk must advise the parties, and when appropriate, the trial-court judge or amicus curiae.**

**(6) The proceeding must be given preference over ordinary civil cases.**

**(7) The circuit clerk must send a copy of the final disposition to the trial-court judge.**

**(c) OTHER EXTRAORDINARY WRITS. An application for an extraordinary writ other than one provided for in Rule 21(a) must be made by filing a petition with the circuit clerk and serving it on the respondents. Proceedings on the application must conform, so far as is practicable, to the procedures prescribed in Rule 21(a) and (b).**

**(d) FORM OF PAPERS; NUMBER OF COPIES; LENGTH LIMITS. All papers must conform to Rule 32(c)(2). An original and 3 copies must be filed unless the court requires the filing of a**

different number by local rule or by order in a particular case. Except by the court's permission, and excluding the accompanying documents required by Rule 21(a)(2)(C):

(1) a paper produced using a computer must not exceed 7,800 words; and

(2) a handwritten or typewritten paper must not exceed 30 pages.

NOTES

/sDARRELL PRINCE 10-03-2020

EDITS 11-1-2020

_____/S DARRELL PRINCE_____

## UNITED STATES COURT OF APPEALS

## FOR THE THIRD CIRCUIT

Darrell Prince in rel **United States** ,
v.
**Donald Trump and foreign and domestic actors to be named later**,

Defacto implementation of United States law
**Defendant**.

CIVIL ACTION NO.

**EMergencyMotion for En Banc of the Third Circuit**

Demand for Parallel Strict Scrutiny Review of DC Circuit filings+ Third Circuit as well as these, and development of protocols for compromised National Authority, as well as demonstrated patterns of espionage – of a

MOtion for emergency declaration and re statement of the UNited States Constitution

## New Jersey  19:29-1 Grounds Stated governs and controls these proceedings

1

consolidated complaint  and retroactively grouped all Petitioners complaints under Qui Tam, overturn Prince v US government and all related cases, referring to them to

Petition for attorney under 28 USC 1915 (d) under Tabron factors for complexity,

and appropriately credentialed to review national security and sig int data, to Consolidate and represent his interests as if they were his own, to compile his prior filings and aid in pursuit to enforce the Constitution of the UNited States where traditional remedies have thus far failed, and involving extra ordinary times,

to not represent a single point of failure, nor chance of compromise, as well as maximum digestion, and the decision of the Judiciary in

Motion for emergency Declaratory relief

Declare operative, legally active de minimis version of the Constitution, and publicly affirm the law on

1st amendment retaliation and all government responsibility

de minimis Government employees including Article branches complete lack of that, regarding the factual content and legitimacy without substantial evidence, including all Article Officeholders

Membership of the House of Representatives and Senate and violations of qualifications und 14-2 & 14-3 having a direct effect on the UNited States

Federal evidence submission under 14-3,        2383

This Court standus loci for the 42 USC 1988 NJ state law 1929 governing these proceedings, and the holders of the electors evidence that is 50 Constitutional violations in fact, in validating submitted to the district court for which the appellate briefing 17-1482 compiled but

pertaining what should have by the facts 1. January 6th 2. the Current Attorney General 3. the fraudulent and ultravires electoral votes cast in the 2016 Presidential election should throw the election back to the House, and most importantly be considered as doubling factor for any other issues that exist

Article 1,2 as amended by the requires retroactive review of state behaviors and certainly over rides the 10th by also being the 14th, and in sane straight line unimpededed by Luther v Borden – the Constitution– the Guarantee clause commands the same responsibility on all members of the government

The United States is the midst of Constitutional crisis, mostly because the Courts have not fulfilled the duties of Hearing valid complaints and has fulfilled all the indictments of the Declaration of Independence itself.

Constitutional ministerial mandates have not been fulfilled leading to the wanton exercise of ultra vires The elections of 2016,2020, and 2024 are required for full review and Constitutional and technical audits, not the least of which is basic systems compliance and security requires it. Arguing over who won elections in 2025

and to determine the Lawful winners as declared meet the best possible recreation of the various factors and and where there are holes. The 21 CFR Part 11– Article IV Full faith and credit clause, as well as common sense. The government and in this day and age no barrier for permanent record keeping in immutable forms, and given the

if Several factors lead into this, not the least of which is the Court's self admitted Century plus of deficient

All of this chaos and Controversies to which the United States shall be a party from sea to shining sea caused with UNited States autority


The questions delivered to the Lower Court in 2016, were of vital National security interest, and referred to Russia are you listening  In the Muller Report the FBI director affirmed that Rusia began action less than 6 hours later


 Judicial intervention and a requirement of Questioning a statement clearly inducement to espionage of what subsequent I did not even think it


The electors evidence- were 50 constitutional violations in fact of and should have in light of the as there is no "rush" to install a questionable

The existence of the Electoral college as awkward a mechanism as can be imagined, was amnother

was yet

> It has long been held that a suit "arises under" the Constitution if a petitioner's claim "will be sustained if the Constitution . . . [is] given one construction and will be defeated if [it is] given another."[37] _Bell v. Hood, 327 U. S. 678, 685 (1946)_. See _King County v. Seattle School District No. 1, 263 U. S. 361, 363-364 (1923)_. Cf. _Osborn v. Bank of the United States, 9 Wheat. 738 (1824)_. See generally C. Wright, Federal Courts 48-52 (1963). Thus, this case clearly is one "arising under" the Constitution as the Court has interpreted that phrase. Any bar to federal courts reviewing the judgments made by the House or Senate in excluding a member arises from the allocation of powers between the two branches of the Federal Government (a question of justiciability), and not from the petitioners' failure to state a claim based on federal law.

Darrell Prince for himself, the United States, those similarly situated, in pursuit of rights and the promise and Contract of the United States g

hereby files this Complaint against the de facto implementation of law in the United States and for and alleges as follows:

If it is most emphatically the role of the Court to say what the law is the Court has some explain' to do.

The United States roils in Controversy, the meaning of the word the same today as it was then, over facts, laws and the Authority of the United States.
The

The United States of America is in public controversy, due to multiple violations of the fundamental contract of its incorporation, including due process to failing to engage multiple Constitutional mandates having outcome determinative effect on its elections. This history is affirmed by the Supreme Courts 9-0 holding of a "Century of failed enforcement" Third Circuits' own DNC RNC consent decree, and Prince v Kobachs addition of a longer history of those lax enforcements.
At present time, the lack of enforcement of Constitutional mandates - subject by the petitioner

Apportionment
Executive Authority
Due Process

having the more specific hue and tenor of the Declaration of Independence itself, in which the colonist's representatives decided to separate themselves and create a new system of laws that would be applied universally and without threat from state action, their participation, and the laws of the Republic, with leaders answerable to a precise accurate count of the Peoples will would determine the best outcome, a thing which could not happen. The fears of the British brutality, led to a Conferation of states without executive, a mistake they corrected with a removable executive of limited Powers

alter- to return the United States to tighter adherence to its principles, the execution, and reduction of Controversies through tighter definition, and more rapid resolution of the de jure law from the de facto. And a full de facto vs de jure audit

31. 52 USC 10101.................................................................................. 7

2. 42 USC 1988 (a)............................................................................... 7

New Jersey 19:29-1 Grounds Stated............................................................8

38. ............................................................................................... 9

39. CONSTITUTIONAL AND STATUTORY PROVISIONS INVOLVED.......................... 9

65. ........................................................................................ 10

81. State Law Supporting Federal Claims – New Jersey........................... 10

88. Case Law Supporting Supreme Court & Federal Jurisdiction.............................. 11

Article 1, Section 2 of the United States Constitution adding the Representation Penalty Clause...........................................................................................................................14
    Article I - The Legislative Branch........................................................................ 15
    Article II - The Executive Branch........................................................................15
National  RECORD PRESERVATION FOR 14-2 COMPLIANCE & CONSTITUTIONAL HISTORY..................................................................................................................... 18
   1. Reverse and Remand for Three-Judge Panel.........................................................20
   2. Declare Standing Based on Exclusion and Misrepresentation.............................20
   3. Declare and Enforce 14th Amendment Section 2.................................................. 21
   4. Declare and Enforce 14th Amendment Section 3.................................................. 21
   5. Order a Legally Active Restatement of the Constitution.......................................21
   6. Apply Full Faith and Credit to Election Recordkeeping........................................ 22
   7. Establish a De Minimis Constitutional Standard for Voter Purging.......................22
   8. Order 2024 Circuit Specific Audit and Review...................................................... 22
   9. Other and Further Relief........................................................................................23
   RECORD PRESERVATION FOR 14-2 COMPLIANCE & CONSTITUTIONAL HISTORY.
24

---

## I. PARTIES

1. **Plaintiff**: Darrell Prince in rel United States of America
2. **Defendant**: United States of America, a municipal corporation, and its Officers  for the Administration of all citizens within its borders according to its charter, the United States with its principal place of business/residence in the Federal District , but incorporated in Philadelphia, Pennsylvania,  Donald Trump Attorney General William Barr

*We the People of the United States,*

*& We The People OF THE GOVERNMENT  OF THE UNITED STATES in order to form a more perfect Union, establish Justice, insure domestic Tranquility, provide for the common defence, promote the general Welfare, and secure the Blessings of Liberty to ourselves and our Posterity, do TAKE THE ACTIONS TO ENFORCE CLARIFY AND RESOLVE THE DE FACTO Constitution for the United States of America TO THE DE JURE CONSTITUTION OF THE United States of America, to ensure the essence of the founding ideals, never fully realized, like any lofty institution of man, and*

*at least audited and reviewed for our present generation every so often, take our turn*

## II. JURISDICTION AND VENUE

### 3. Jurisdiction:

4. The judicial Power of the United States, shall be vested in one supreme Court, and in such inferior Courts as the Congress may from time to time ordain and establish.

5. The Judicial Power is the power of Relief, application of the Laws, and is meant to be at the Bench, to deliver judgment, and to have judgment declared at their places of effect

6. Judicial power is interpretation of the Constitution/Statutes , and all other applicable case law in response to the facts. It reaches it's zenith, and is only in response to deviations from the de jure law- as it was written to the defacto - how it is enforced in reality,  which still likely should have some gaps filled by early interventions.

7. **Article III, Section 2**

8. **The judicial power**

9. **shall**

10. **extend to**

**all cases,**

**in law and equity,**

**arising under this Constitution,**

**the laws of the United States,**

**and treaties made,**

**or shall be made,**

**under their authority;**

**to all cases**

**affecting ambassadors,**

**other public ministers and consuls;[1]**

---

[1] Consul (in ancient Rome) one of the two annually elected chief magistrates who jointly ruled the republic.

11. *to controversies*

12. *to which the United States*

13. *shall be a party;*

14.

15. The most expressed 3-word phrase in the United States Federal Courts in the modern era is "cases OR controversies". "OR" is a preposition that connects a choice between two different categories.

16. *Cases involve judicial resolution of specific rights or liabilities.*

17. *Controversies refer to prolonged public disputes requiring judicial intervention.*

18.

19. **United State vs Classic**

20. *If we remember that "it is a Constitution we are expounding," we cannot rightly prefer, of the possible meanings of its words, that which will defeat rather than effectuate the constitutional purpose.*

21.

22. **with such Exceptions, and under such Regulations as the Congress shall make**

23. Congress has not been negligent in using it's Article III powers,, and below are listed some of the Laws created to focus the Court's Jurisdiction to the issues herein:

24. **28 U. S. C. § 1331**

25. **28 U. S. C. § 1343**

26. **42 USC 1985**

27. **42 USC 1983**

28. **42 USC 1986**

29. **Misprision of a Felony**

30. **Misprision of Treason**

31. **52 USC 10101**

32. **(d) Jurisdiction; exhaustion of other remedies**

---

○ any of the three chief magistrates of the first French republic (1799–1804).

1. ***The district courts of the United States shall have jurisdiction of proceedings instituted pursuant to this section and shall exercise the same without regard to whether the party aggrieved shall have exhausted any administrative or other remedies that may be provided by law.***

2. 42 USC 1988 (a)

3. *The jurisdiction in civil and criminal matters conferred on the district courts by the provisions of titles 13, 24, and 70 of the Revised Statutes for the protection of all persons in the United States in their civil rights, shall be exercised and enforced in conformity with the laws of the United States, so far as such laws are suitable to carry the same into effect;but in all cases where they are not adapted to the object, or are deficient in the provisions necessary to furnish suitable remedies and punish offenses against law, the common law, as modified and changed by the constitution and statutes of the State wherein the court having jurisdiction of such civil or criminal cause is held, so far as the same is not inconsistent with the Constitution and laws of the United States, shall be extended to and govern the said courts in the trial and disposition of the case,*

33. Thus Congress directed the Article III branch to seek support- not seek to avoid- jurisdiction for any deficiencies in  for claims through state law, and the New Jersey State Legislature provided ample support for claims of these matters and statutory Jurisdiction is extended

34. Congress then offered to pay for attorneys, experts, to civil rights cases in order to sue themselves, in their unquestionable authority of power of the Purse

35. *govern the said courts in the trial and disposition of the case,*

# New Jersey 19:29-1 Grounds Stated since 2017 all cases were governed by this

1. The nomination or election of any person to any public office or party position, or the approval or disapproval of any public proposition, may be contested by the voters of this State or of any of its political subdivisions affected thereby upon 1 or more of the following grounds:

2. 

3. a. Malconduct, fraud or corruption on the part of the members

4. 

5. b. When the incumbent was not eligible to the office at the time of the election;

6. 

7. c. When the incumbent had been duly convicted before such election of any crime which would render him incompetent to exercise the right of suffrage, and the incumbent had not been pardoned at the time of the election;

8. 

9. d. When the incumbent had given or offered to any elector or any member of any district board, clerk or canvasser, any

bribe or reward, in money, property  or thing of value for the purpose of procuring his election;

10.

11. **e.  When illegal votes have been received, or legal votes rejected at the polls sufficient to change the result;**

12.

13. **f.  For any error by any board of canvassers in counting the votes or declaring the result of the election, if such error would change the result;**

14.

15. **g.  For any other cause which shows that another was the person legally elected;**

16.

17. **h.  The paying, promise to pay or expenditure of any money or other thing of  value or incurring of any liability in excess of the amount permitted by this  title for any purpose or in any manner not authorized by this title;**

36.

1. **i.  When a petition for nomination is not filed in good faith or the affidavit annexed thereto is false or defective.**

37.

38.

39. **CONSTITUTIONAL AND STATUTORY PROVISIONS INVOLVED**

40.

          1.   DECLARATION OF INDEPENDENCE

41. UNITED STATES CONSTITUTION

42. Article I, Section II          The Apportionment Clause   Is modified by 14-2, and Congress

43. Article II, Section I            What are the Duties of the Article 2 branch, have they been fulfilled, have all of the qualifications for office been met, what is

44. Article II, Section III          is effectively amended by 14-3 and does not allow anyone with

45. Article III, Section II        Were all of the judicially

46. Article IV, Section IV

47. Article IV, Section I

48. Indian Commerce Clause

49. Supremacy Clause

Demands judge's attention to the Con

50. 5th Amendment
51. Due Process
52. 12th Amendment
53. 13th Amendment
54.        Involuntary servitude
55. 14th Amendment
56. Citizenship Clause
57. Representation Penalty Clause
58. Privileges and Immunities
59. Due Process
60. Equal Protection
61. Disqualification Clause
62. 15th Amendment
63.        No denial of rights for previous condition of involuntary servitude

64.

65.

66. *28 U.S.C. § 1331 – Federal question jurisdiction.*
67. *28 U.S.C. § 1343 – Civil rights and voting rights jurisdiction.*
68. *28 U.S.C. § 2284 –* **Mandates** *three-judge panels for apportionment challenges, ensuring no single judge may dismiss such cases. Shapiro vs Mcmanus*
69. *42 U.S.C. § 1983 – Cause of action for deprivation of constitutional rights.*
70. *42 U.S.C. § 1985 – Prohibits conspiracies to violate civil rights.*
71. *42 U.S.C. § 1986 – Requires government officials to act against rights violations.*
72. *42 U.S.C. § 1988(a) – Directs courts to SEARCH for Jurisdiction & apply* **state law remedies** *when federal statutes are insufficient, which govern the proceedings.*
73. *52 U.S.C. § 10101(d) –* **Explicitly grants jurisdiction** *to federal courts for voting rights cases* **regardless of exhaustion of administrative remedies.**
74. *52 U.S.C. § 10301 – Prohibits voting qualifications that result in discrimination.*
75. *52 U.S.C. § 10303,4 Congress sets the District of Columbia as the site for final declaratory relief for "tests and devices" used to disqualify citizens from voting rights*
76. *52 U.S.C. § 10307 – Criminal penalties for election fraud and voter suppression.*
77. *52 U.S.C. § 10310 – Establishes standing in voting rights cases.*
78. *42 U.S.C. § 15481(a)(2)(A)(i) – Requires voting machines to have an audit trail.*
79. *2 U.S.C. § 6 – Mandates* **enforcement of 14th Amendment Section 2 representation penalties.**
80. *18 U.S.C. § 2383 – Criminalizes "whoever" engages insurrection and rebellion.*
81. ***State Law Supporting Federal Claims – New Jersey***
82. *Under* **N.J.S.A. 19:29-1**, *elections may be contested due to:*
83. **Malconduct, fraud, or corruption** *by election officials.*
84. **Ineligibility** *of the incumbent at the time of election.*

85. ***Illegal votes counted*** or ***legal votes rejected*** *that could change the result.*

86. ***Errors in counting or canvassing*** *that affect the outcome.*

87. ***Other causes demonstrating another was the person legally elected.***

88. ***Case Law Supporting Supreme Court & Federal Jurisdiction***

89. ***Marbury v. Madison, 5 U.S. 137 (1803)*** *– Establishes judicial review, and the District Court as the appropriate stop.*

90. ***Baker v. Carr, 369 U.S. 186 (1962)*** *– Courts must adjudicate apportionment disputes.*

91. ***Wesberry v. Sanders, 376 U.S. 1 (1964) / Reynolds v. Sims, 377 U.S. 533 (1964)*** *–* ***One person, one vote*** *principle.*

92. ***Shelby County v. Holder, 570 U.S. 529 (2013)*** *– A* ***century of failed enforcement*** *in the United States before the Voting Rights Act shows systemic violations requiring judicial intervention unanswered.*

93. ***DNC-RNC Consent Decree*** *– Acknowledged widespread voter suppression historically requiring court oversight- an additional 50 years of widespread voter suppression.*

94. ***Shapiro v. McManus, 577 U.S. 39 (2015)*** *– Three-judge panels are required in* ***all*** *apportionment challenges.*

95. ***Toney v. White, 488 F.2d 310 (5th Cir. 1973)*** *– Elections can be overturned for* ***fraud or unlawful voter roll purges.***

96. ***Ashby v. White (1703, UK)*** *– The right to vote is an* ***individual*** *and* ***particularized*** *right.*

97. ***United States v. Classic, 313 U.S. 299 (1941)*** *–* ***Elections must be free from arbitrary impairment***

98. ***United States v. Mosley, 238 U.S. 383 (1915)*** *–* ***All votes must be counted.***

99. ***FEC v. Akins, 524 U.S. 11 (1998)*** *– Voters have the right to* ***accurate election information before an election.***

100. ***United States v. Younis Brothers & Co., 682 F.2d 1235 (7th Cir. 1982)*** *– Defines* ***insurrection.***

101. ***Richardson v. Ramirez, 418 U.S. 24 (1974)*** *– 14th Amendment Section 2 representation penalties* ***must be enforced*** *through* ***federal declaratory relief.***

102.    **Venue**:

103.      Venue is the Eastern District of Pennsylvania, located across the street (caddycorner) to Independence Hall.

104.     Historical precedent is quite clear, for reviewing compliance with the people –government contract, ending it, writing a new one, the history of America starts with deliberation in the City of Philadelphia, from the Declaration to the Articles of Confederation and then the Constitution itself, written here

105.     The petitioner's unused evidence

106.     As this matter entails major systemic violations due process, apportionment, and Executive Authority complaints, as in  as well as violations of text written and decided within 4 blocks of this Courthouse, the matter applies to the tradition of the

Declaration of Independence, and the review of systemic violations of the fundamental contract with the United States, the Constitution, also written

107.      while also the sincere effort to avoid the whole guns bang bang parts that entailed

108.    This Court artifacts supporting the Elector defects in the election of 2016, in Pet are already on site whose review has taken on additional significance with the events of January 6th, and, had the Court reviewed what are Constitutional violations in fact,  in time may have prevented those events, by closing the confusion used in Eastman v Thompson

109.      Given the foundational nature of the complaint, engaging the Government, inside the Governments district, and within the boundaries of systems work, suggest perhaps any other engagement, extra "digestion" of legal questions, outside "Washington" may be helpful , as will multiple view points between lower court decisions where law is  not clear

110. The Federal District is a small town. From the Supreme Court to the Capitol, to the DC District/Circuit Court of Appeals, guarded by John Marshall in his Park in Bronze, is a 15 minute walk, with the District Court in the almost literal shadow of the Capitol that also used to be the home of the Supreme Court.

111.  The Voting Rights act also suggests that final declaratory relief in voting rights cases be from the DC District 3 judge panel which may require an initial finding.

112. As the scope of the

---

## III. FACTUAL ALLEGATIONS

**Background**:
The US Conducted an election for President, without checking the very short list of Constitutional qualification, violating Article II, and 14–3
 Plaintiff participated in several consecutive elections that failed to actively apply outcome determinative Constitutional and Congressionally mandated standards.

In 2024, it did so knowingly and despite appropriate Notification, of Petitioners being given twice in two different Federal Courts with the power and duty to correct them  and the petition for redress of grievances entirely and completely within the Articles III' Courts duties in every level of law
that exists continued to have an election that did not meet Constitutional standards. It re-elected a President who by

and through a series and  string of complaints– viewable best as a single complaint with multiple claims, to demand the enforcement of the United States Constitution,

> where the government itself, as well as the clear direction of events, actors and the sway of
>
> This is about the lack of enforcement of clear Constitutional mandates and standards at the Article Branch level, and one that is highly destructive to the government function, and to cohesion of the people.

**5.  Specific Allegations**:

# Facts

The United States came to be incorporated primarily  because the colonists were angry about 3 things (National Park service historians)

### Lack of representation(apportionment)

2.5 million in 1776 (Census estimate) including 500k enslaved

### Monarch/Executive had too much Power

### Due process

Their solution- vest the power in the people with a Republic - likely the only one in the world at the time  to ensure the rule of law-  the power wasn't from the King but from the assent of the people the leader was elected, had limited powers to retaliate against the people(especially with 1st amendment), and removable for misbehavior, and the Legislature (Congress- themselves) as the primary authority with powers to take actions .

It was a condition

The United States conducts elections barring 11 million birth right American citizens without any other country to call home. people (2017) from elections, 5 million because they are overseas on an Island, or make the mistake of living in the Capitol?, and 6 million post sentence disenfranchised.

To be clear, this is approximately greater than the sum of the difference between the last 3 Presidential elections combined

| Year | Candidate A | Candidate B | Vote Difference | % Difference | Winner |
|------|-------------|-------------|-----------------|--------------|--------|

| 2024 | Trump | Harris | 2,284,967 | 1.51% | Trump |
| 2020 | Biden | Trump | 7,059,526 | 4.55% | Biden |
| 2016 | Trump | Clinton | 2,868,686 | 2.21% | Clinton |

11 million birthright American citizens (2017) in some form of (voting righ

The current version forbids any "standard, practice, or procedure" that "results in a denial or abridgement of the right of any citizen of the United States to vote on account of race or color." 42 U.S.C. § 1973(a). Both the Federal Government and individuals have sued to enforce § 2, see,

The List of Majority minority districts in the United States

> Washington DC,
> Puerto Rico,
> US Virgin Islands,
> Guam,
> American Samoa,
> the Northern Marianas,

1) Places Congress has never designated statehood or voting representation:

> Washington DC, 1789
> Puerto Rico, 1898
> US Virgin Islands,1917
> Guam,1897
> American Samoa, 1899 "non-citizen nationals"
> the Northern Marianas,1944

5 million geographically disenfranchised

Standing  I voted in 2020 2022 and 2024 in Washington DC including for a non voting representative, and Congress has cut the budget of Washington DC taxes

    6 million


Popular vote winners Notice was delivered to the US government of these facts in 2017 and 2020:

## Election system prepared ness and national pattern

In 2017  22% of election machines in the United States were DRE- outlawed by 2001 Help America Vote Act, as Congress enacted a legislative fix in part because of - and these non compliant machines were bought with the

Any vote can be challenged as void ab initio and

**73.7 million Americans** in districts using machines that are outlawed 16 years earlier.

Standing In 2016 I voted on one of these in New Jersey, and subsequent filings as well as calls and emails to NJ AG's office and the local office- new machines by 2022

    2025  2 % of election

    6.7 million Americans, in districts using federal law outlawed machines 24 years later, and bought with the funds that outlawed them(false claim)



Apportionment and Redistricting Process for
the U.S. House of Representatives

Updated May 12, 2021

## 2017 Russia are you listening

Inducement to espionage, on the united statesand espionage as applied to Julian assange

Russia are you listening
Inducement to espionage on the United States Principal,  a Cabinet official with interesting ,and receiving a hack (Muller report)


Electronic version  Watergate hotel burglary for the Secretary of State's emails


Senate report on Russian interference concluded that the Russians did intervene for trump.

The United States has committed 50+ billion to Uk

> **I8 U.S.C. § 793** – Espionage Act: Criminalizes obtaining, delivering, or communicating information related to national defense with intent to harm the U.S. or aid a foreign nation.

> **I8 U.S.C. § 794** – Espionage Act: Focuses on gathering information specifically to aid foreign governments, especially during wartime.

> **I8 U.S.C. § 2** – Aiding and Abetting: Makes it a crime to intentionally aid, abet, counsel, command, or induce the commission of an offense like espionage.

**Inducement Element:**

The prosecution must prove the defendant **intentionally encouraged, persuaded, or caused** another person to commit espionage.

Mere advice or discussion may be insufficient unless it **substantially furthers** the commission of the crime.

Examples:
Recruiting someone to steal classified information.

> Offering payments or benefits in exchange for intelligence.

> Providing tools, methods, or contacts to access classified systems.

**Penalties:**

Penalties are severe and can include:
Life imprisonment or death in extreme cases (especially under § 794).

> Fines and forfeiture of property.

Russia was the subject of sanctions at the time- and has been actively making war against a US ally and signed foreign agreement responsibilities  a US brokered  material transfer of nuclear weapons from Ukraine to

Russia for external security guarantees, which Russia has been in material breach of since 2014 and out and out war since. The leadership as described it as a "war on the West", and th

## Insurrection/January 6th

Donald Trump was found civilly liable for the events  conspiracy to defraud the United States in Eastman v Thompson by US District Court,

House committeeThe Houses's J6 committee report

the primary cause of  January 6 2021  for events that caused

 Impeachment by the House of Representatives

Majority 57/100 Senators found Trump guilty of Insurrection i

President Biden declared it an insurrection

Declare January 6 2021 a riot and insurrection exceeding the

Declare that Donald Trump meets the "in anyway involved standard" of 2382, and article

ex

No Person shall be convicted of Treason unless on the

Testimony of **two Witnesses** to the same overt Act,

 Indicted by the Department of Justice for conspiracy to defraud the United States and activities
 Witness One:

Petitioner personally witnessed, via contemporaneous video recordings comparable to security footage, former President Donald J. Trump incite and set in motion the events of January 6, 2021.

Witness Two:
Petitioner also heard the spouse of a January 6 defendant in E Barret Prettyman Court house describe Mr. Trump's direct organizational involvement and his promise of aid and comfort to those participating. "Anything we need, just ask"

Crew testimony of 210 OTHER WITNESS ES

These observations are corroborated by statements and filings from **210 defendants** from **40 states and the District of Columbia** who were charged for participation in the January 6 insurrection. These individuals have publicly stated, in court filings, letters to federal judges, and other records, that they were responding directly to former President Trump's calls to travel to Washington, D.C., and join the violent attack on the Capitol. Many defendants explicitly characterized Trump as their leader, reporting that his repeated false statements and calls to action drove their conduct that day. https://www.citizensforethics.org/reports-investigations/crew-reports/trump-incited-januar y-6-defendants/

2 or 212 Witnesses, here, out there hundreds of millions of American citizens, and up to a billion witnesses just on Earth

> **Eastman v. Thompson** – Electoral subversion planning; conspiracy to defraud the United States
>
> **United States v. Tarrio, 22-cr-15 (D.C. 2021)** – Seditious conspiracy convictions;
>
> **United States v. Rhodes III, 22-cr-15 (D.C. 2021)** – Oath Keepers conspiracy;

## IV. LEGAL CLAIMS

**7.** **Count One – [Negligence/ due process violation of Constitutional and statutory US law}:**

> Based on the Idea that the Constitution will best be followed by its People in the Government, and the Citizens if it is clearly written as legally active, without use of slide rule or cryptographic key.   Given 156 years of lack of Enforcement, admitted by the GPO annotated Constitution, its Command for execution demands an attempt to make it easier to do so by declaring it formally as such to guide actions now with regard to the law

**8.** Legally active version of the United States Constitution, as adapted by 14-2 and 14-3, relevant to

## Article 1, Section 2 of the United States Constitution adding the Representation Penalty Clause

REPRESENTATIVES AND DIRECT TAXES SHALL BE APPORTIONED AMONG THE SEVERAL STATES WHICH MAY BE INCLUDED WITHIN THIS UNION, ACCORDING TO THEIR RESPECTIVE NUMBERS, THE ACTUAL ENUMERATION SHALL BE MADE WITHIN EVERY SUBSEQUENT TERM OF TEN YEARS, IN SUCH MANNER AS THEY SHALL BY LAW DIRECT representatives AND DIRECT TAXES SHALL BE APPORTIONED AMONG THE SEVERAL STATES WHICH MAY BE INCLUDED WITHIN THIS UNION, ACCORDING TO THEIR RESPECTIVE NUMBERS OF ALL PEOPLE AND WITHIN EVERY SUBSEQUENT TERM OF TEN YEARS, IN SUCH MANNER AS THEY SHALL BY LAW DIRECT. BUT WHEN THE RIGHT TO VOTE IN ANY WAY ABRIDGED TO CITIZENS OF THE UNITED STATES, THE BASIS OF REPRESENTATION THEREIN SHALL BE REDUCED IN THE PROPORTION WHICH THE NUMBER OF SUCH CITIZENS SHALL BEAR TO THE WHOLE NUMBER OF (QUALIFIED) CITIZENS OF IN SUCH STATE EXCEPT FOR PARTICIPATION IN REBELLION, OR OTHER SUCH CRIME,

LEGALLY ACTIVE VERSION

**(14th Amendment, Section 3)**
No person shall hold the Office of President or Vice President who, having previously taken an oath, as a member of Congress, or as an officer of the United States, to support the Constitution of the United States, shall have engaged in insurrection or rebellion against the same, or

given aid or comfort to the enemies thereof. But Congress may by a vote of two-thirds of each House remove such disability.

## Article I - The Legislative Branch

### Section 2 - The House of Representatives

The House of Representatives shall be composed of Members chosen every second Year by the People of the several States, and the Electors in each State shall have the Qualifications requisite for Electors of the most numerous Branch of the State Legislature.

No person shall be a Representative who shall not have attained to the Age of twenty-five Years, and been seven Years a Citizen of the United States, and who shall not, when elected, be an Inhabitant of that State in which they shall be chosen.having previously taken an oath, shall have engaged in insurrection or rebellion against the same, or given aid or comfort to the enemies thereof.

### Section 3 - The Senate

The Senate of the United States shall be composed of two Senators from each State, elected by the people thereof, for six Years; and each Senator shall have one Vote. The Electors in each State shall have the Qualifications requisite for Electors of the most numerous Branch of the State Legislatures.

No person shall be a Senator who shall not have attained to the Age of thirty Years, and been nine Years a Citizen of the United States, and who shall not, when elected, be an Inhabitant of that State for which they shall be chosen,or engaged in insurrection or rebellion against the same, or given aid or comfort to the enemies thereof.

## Article II - The Executive Branch

**Section 1 - The President and Vice President**

No person except a natural born Citizen, or a Citizen of the United States, at the time of the Adoption of this Constitution, shall be eligible to the Office of President; neither shall any person be eligible to that Office who shall not have attained to the Age of thirty-five Years, and been fourteen Years a Resident within the United States or having  engaged in insurrection or rebellion against the same, or given aid or comfort to the enemies thereof..

9.   **Count Two – [Constitutional challenge to the Apportionment map of the United States  is wrong and it has been admitted by Congress]:**

a.  Article 1, Section 2 of the United States,  is  the mandate, or blueprint for the construction of Congress, and the electoral vote count for the Election of the United States President. And it has not been done correctly, because 14–2 has been tacked on, and Congress has admitted this

b.

b. 11 million birthright American citizens are in a state of in "any way abridged under Article 1'2 of the United States Constitution as defined by VRA section 2 and denied

Statehood

voting Representation in Congress

improperly tallied Votes for President

majority minority enough to qualify under 15th, but more than 3 million European descended Americans are also in the same state or lack thereof

c.  Article 1, 5th amendment due process 14,

d. 330 million Americans robbed of due process, and the Contract for which they were born into.

- Similar structure as Count One.

10. **Count Three – [40+ 2016 Trump Electoral votes were invalid by law}**

11. ry 6th 2021's Capitol riots in fact and probable insurrection. The amended complaint has the read outs of a digital collection of Electors outside their Districts, or barred by state Constitution/laws from being Electors
12. While previous versions suggested Presidential removal based on these, I actually thought it was a red flag, that needed review, and that the review and clarification

13. **Count Four – Un restrained Executive Authority & Due process**

1. "He has refused his Assent to Laws, the most wholesome and necessary for the public good."
 Modern Parallel / Specific Instances: Federal departments shut down entirely, including DOE and CFPB; DOJ divisions furloughed; statutes and regulatory functions not executed.
 Factual Evidence: FEMA withheld from certain states (2020–2023), leaving millions without disaster aid. Citizens effectively declared "out of his protection."
 Constitutional Conflict: Violates Article II Take Care Clause and separation of powers, frustrating Congressional legislative intent and denying citizens protection under law.

2. "He has forbidden his Governors to pass Laws of immediate and pressing importance…"
 Modern Parallel / Specific Instances: Congressional obstruction of immigration reform via House leadership (Mike Johnson et al., 2023–2025).
 Factual Evidence: Prevented effective state–federal law implementation.
 Constitutional Conflict: Violates Take Care Clause (Article II §3); prevents lawful governance.

3. "He has refused to pass other Laws for the accommodation of large districts of people…"
 Modern Parallel / Specific Instances: Gerrymandering and undercounting in the 2020 Census.
 Factual Evidence: Certain districts remain underrepresented, diluting voting power.
 Constitutional Conflict: Violates 14th Amendment Equal Protection.

4. "He has called together legislative bodies at unusual, uncomfortable, and distant places…"
 Modern Parallel / Specific Instances: Government shutdowns (2018–2019, 35 days).
 Factual Evidence: Federal agencies halted services; essential governance disrupted.
 Constitutional Conflict: Violates appropriations clause; disrupts essential services.

5. "He has dissolved Representative Houses repeatedly…"
 Modern Parallel / Specific Instances: Firing or furloughing agency staff; post–appropriation vetoes.

Factual Evidence: Departments left nonfunctional during shutdowns.
Constitutional Conflict: Violates Article I powers of the purse.

6. "He has refused, after such dissolutions, to cause others to be elected…"
 Modern Parallel / Specific Instances: Refusal to swear in duly elected House Representatives; delays in election infrastructure and certification oversight; enabling gerrymandering that disenfranchises voters.
 Factual Evidence: Repeated obstruction of Congress and state legislatures, denying districts their lawful voice.
 Constitutional Conflict: Violates Elections Clause and 14th Amendment Equal Protection, undermining legislative authority.

7. "He has endeavoured to prevent the population of these States…"
 Modern Parallel / Specific Instances: Family separations; ICE raids (2018–2021).
 Factual Evidence: Millions of families and individuals subjected to federal enforcement that obstructs normal civic participation.
 Constitutional Conflict: Violates Due Process and Equal Protection.

8. "He has obstructed the Administration of Justice…"
 Modern Parallel / Specific Instances: Mueller Report cover-up; DOJ refusal to pursue referrals; shutting down divisions.
 Factual Evidence: Department actions shielded officials from accountability.
 Constitutional Conflict: Violates Rule of Law and Article II limits.

9. "He has made Judges dependent on his Will alone…"
 Modern Parallel / Specific Instances: Blocking 118 Obama judicial nominations (McConnell/Grassley).
 Factual Evidence: Courts left understaffed; judicial independence compromised.
 Constitutional Conflict: Undermines Article III judicial independence.

10. "He has erected a multitude of new Offices, and sent hither swarms of Officers to harass our people…"
 Modern Parallel / Specific Instances: ICE expansion; $100B annual budget; paramilitary raids; domestic operations by private contractors.
 Factual Evidence: Agencies operated without proper oversight, creating national security risks.
 Constitutional Conflict: Exceeds spending and oversight limitations; violates civilian protections.

11. "He has kept among us, in times of peace, Standing Armies without the Consent of our legislatures."
 Modern Parallel / Specific Instances: National Guard deployed in cities without consent (Portland, 2020).
 Factual Evidence: Troops present where local authority did not request them.
 Constitutional Conflict: Violates Posse Comitatus principles.

12. "He has affected to render the Military independent of and superior to the Civil power."
 Modern Parallel / Specific Instances: Insurrection Act threats directing troops at domestic protests.

Factual Evidence: Federal military authority asserted over civilian jurisdictions.
Constitutional Conflict: Violates civilian control of the military.

13. "He has combined with others to subject us to a jurisdiction foreign to our constitution…"
Modern Parallel / Specific Instances: Russian election interference (2016–2020); Israeli lobby influence via AIPAC spending $100M to defeat U.S. candidates.
Factual Evidence: Sanctions violations; Russian nuclear guarantees breached; U.S. officials received financial benefits from foreign actors.
Constitutional Conflict: Violates Article I & II foreign policy oversight; creates national security risk.

14. "For quartering large bodies of armed troops among us."
Modern Parallel / Specific Instances: ICE and CBP raids in domestic cities.
Factual Evidence: Civilians subjected to armed federal presence without local consent.
Constitutional Conflict: Violates Posse Comitatus and Fourth Amendment.

15. "For protecting them, by a mock Trial…"
Modern Parallel / Specific Instances: Courts repeatedly invoked Lujan procedurally without application, dismissing petitions over a decade without hearings or discovery, shielding officials from accountability.
Factual Evidence: Denial of trials and hearings for petitions seeking redress.
Constitutional Conflict: Violates Fifth Amendment Due Process and First Amendment petition rights.

16. "For cutting off our Trade with all parts of the world."
Modern Parallel / Specific Instances: Tariffs on steel, aluminum, China, Mexico (2018–2019).
Factual Evidence: Tariffs imposed unilaterally under false emergencies, impacting commerce.
Constitutional Conflict: Violates Article I Commerce Clause.

17. "For imposing Taxes on us without our Consent."
Modern Parallel / Specific Instances: Tariffs under Section 232 and 301; tax legislation via reconciliation benefiting corporations.
Factual Evidence: Economic burdens imposed without Congressional consent.
Constitutional Conflict: Violates Article I taxation powers and separation of powers.

18. "For depriving us… of the benefits of Trial by Jury."
Modern Parallel / Specific Instances: Lujan procedural dismissals denied hearings, trials, or jury adjudication, blocking constitutional remedies.
Factual Evidence: Access to justice systematically blocked.
Constitutional Conflict: Violates Seventh Amendment rights and access to justice.

19. "For transporting us beyond Seas to be tried for pretended offences."
Modern Parallel / Specific Instances: Rendition of Kilmar Garcia and American residents; unlawful detentions.
Factual Evidence: Citizens moved to foreign jurisdictions for questionable charges.
Constitutional Conflict: Violates Due Process and Habeas Corpus.

20. "For abolishing the free System of English Laws…"
 Modern Parallel / Specific Instances: Executive orders nullifying statutes.
 Factual Evidence: Laws rolled back or suspended without Congressional approval.
 Constitutional Conflict: Violates Take Care Clause and statutory supremacy.

21. "For taking away our Charters, abolishing our most valuable Laws…"
 Modern Parallel / Specific Instances: EPA rollbacks; climate/environmental deregulation.
 Factual Evidence: Public protections removed, endangering citizens and environment.
 Constitutional Conflict: Violates statutory and constitutional duty to protect public welfare.

22. "For suspending our own Legislatures…"
 Modern Parallel / Specific Instances: Rulemaking by executive fiat; emergency declarations without statutory basis.
 Factual Evidence: Legislative powers bypassed, Congress and state legislatures frustrated.
 Constitutional Conflict: Violates Article I separation of powers.

23. "He has abdicated Government here…"
 Modern Parallel / Specific Instances: FEMA withheld from disfavored states.
 Factual Evidence: Millions left without disaster protection; citizens effectively declared outside federal protection.
 Constitutional Conflict: Violates Due Process and Equal Protection.

24. "He has plundered our seas, ravaged our coasts…"
 Modern Parallel / Specific Instances: Climate inaction; wildfires and coastal damage.
 Factual Evidence: Regulatory rollbacks and failure to mitigate climate risk.
 Constitutional Conflict: Violates public trust and national security obligations.

25. "He is at this time transporting large Armies of foreign Mercenaries…"
 Modern Parallel / Specific Instances: Blackwater/Academi contractors in combat/domestic operations.
 Factual Evidence: Unaccountable military actions using private contractors.
 Constitutional Conflict: Violates statutory oversight and accountability.

26. "He has constrained our fellow Citizens taken Captive on the high Seas…"
 Modern Parallel / Specific Instances: Detention of asylum seekers and whistleblowers.
 Factual Evidence: Individuals held without due process.
 Constitutional Conflict: Violates Due Process and international law.

27. "He has excited domestic insurrections amongst us…"
 Modern Parallel / Specific Instances: Eastman–Thompson schemes, Proud Boys/Oath Keepers, Jan 6th insurrection; encouragement of illegal gerrymandering and fighting lawful authority of state/federal election officials.
 Factual Evidence: Trump civilly liable in Eastman v. Thompson; tweets and statements explicitly called supporters to action; hundreds of defendants' filings corroborate direct encouragement.
 Constitutional Conflict: Violates presidential duty to protect elections and federal/state authority; enables domestic insurrection.

28. **"Repeated Petitions Answered Only by Injury"**
 Declaration Basis: "In every stage of these Oppressions We have Petitioned for Redress in the most humble terms: Our repeated Petitions have been answered only by repeated injury…"
 Modern Parallel / Specific Instances: Courts repeatedly dismissed petitions over a decade, invoking Lujan without applying it, denying hearings, trials, or substantive adjudication.
 Factual Evidence: Petitioner filed multiple cases spanning 10+ years; procedural dismissals denied access to justice.
 Constitutional Conflict: Violates First Amendment petition rights and Fifth/Fourteenth Amendment Due Process, establishing a systemic denial of judicial accountability.

Darrell Prince
nucleartransformation@gmail.com
1338 G ST SE
Washington DC 20003
(347)286-8248

## AFFIDAVIT OF DARRELL PRINCE
Federal Systems of Records Expert
I, Darrell Sanford Prince, hereby attest and state under penalty of perjury as follows:

## I. ATTENTION

I submit this affidavit based on my expertise in federal records compliance, including formal training in 21 CFR Part 11 at Merck & Ortho McNeil, and 42 U.S.C. § 1988.

## II. VIOLATION OF HAVA VOTING SYSTEM STANDARDS

On November 8, 2016, I cast my ballot in the Presidential election using a Direct Recording Electronic (DRE) voting machine in Mays Landing, New Jersey.
Under HAVA § 15481(a)(2)(B)(i) and (iii) (42 U.S.C. § 15481(a)(2)(B)(i), (iii); Public Law 107-252, § 301(a)(2)(B)(i), (iii)), all voting systems used in federal elections must produce a permanent, voter-verifiable paper record:
"The voting system shall produce a permanent paper record with a manual audit capacity for such system." (i)
The paper record produced under subparagraph (A) shall be available as an official record for any recount conducted with respect to any election in which the system is used." (iii)

Under New Jersey law, as interpreted by *Gusciora v. McGreevey*, all voting systems must produce voter-verified paper records to ensure transparency and verifiable recounts. The DRE machine I used violated this requirement.

The DRE machine I used did not produce any paper record, meaning it cannot support a proper audit or recount. As an expert in federal records compliance, using such a machine is akin to being handed a dry erase board stamped with the Congressional seal: there is no permanent record, and the results cannot be independently verified. This deficiency mirrors concerns highlighted by the Brennan Center regarding electronic voting systems without paper backups.

I have heightened sensitivity to systemic risks in electronic voting systems. The absence of a voter-verifiable paper record in the machine I used is not just a singular violation; it indicates that similar vulnerabilities likely exist in other jurisdictions and systems. This oversight demonstrates a fundamental weakness in election infrastructure, creating potential for widespread errors or unverified results.

The machine I used was purchased with HAVA funds but is specifically prohibited under HAVA for failing to produce voter-verifiable paper records. This mirrors the pattern and practice referenced in *Prince v. Kobach*, demonstrating systemic under-enforcement of federal election laws.

---

## III. WISCONSIN PRESIDENTIAL ELECTION RECOUNT – LEGAL AND TECHNICAL OBSERVATIONS

I. **Retabulation Is Not a Recount**
   The 2016 Trump-Clinton presidential election recount in Wisconsin, specifically in Milwaukee, was conducted as a machine retabulation of ballots. Retabulation consists of performing the same operation on digital images or electronic records of votes. A computer executing the same program on the same inputs cannot produce a different result and does not independently verify the election process or original ballots.

2. **Federal Law Requires Paper-Based Recounts**
   HAVA § 15481(a)(2)(B)(iii) mandates that the paper record produced by the voting system be the official record for any recount. A recount must involve the paper ballots themselves, either through manual hand count or, if using machines, reloading all ballots to verify totals against the paper record. The 2016 Wisconsin recount did not comply with this requirement, relying solely on machine retabulation.

3. **Machines Purchased with and Outlawed by HAVA**
   The machines used in Wisconsin were purchased using HAVA funds but are prohibited under HAVA for failing to produce voter-verifiable paper records. My own voting machines in New Jersey were likewise purchased with HAVA funds and prohibited under HAVA, demonstrating a pattern and practice of under-enforced federal election laws.

---

## IV. STATUTORY VIOLATIONS

New Jersey DRE Machine

I. Violates HAVA § 15481(a)(2)(B)(i): Failed to produce a permanent paper record with manual audit capacity.

II. Violates HAVA § 15481(a)(2)(B)(iii): Lack of a paper record means it cannot serve as the official record for a recount.

Wisconsin Presidential Election Recount

III. Violates HAVA § 15481(a)(2)(B)(iii): Relied solely on machine retabulation, which cannot substitute for the paper-based recount, making the process legally defective. The judge in this case ruled this was appropriate, despite calling hand count "the gold standard"

Pattern and Practice

Machines purchased with HAVA funds but prohibited under HAVA for failing to produce voter-verifiable paper records demonstrate a pattern of statutory violations and under-enforcement of federal election laws, as referenced in *Prince v. Kobach.*

---

## V. PATTERN, PRACTICE, AND ENFORCEMENT

Independent enforcement actions in *Prince v. United States* (2017) and *Prince v. Kobach* (2020) identified systemic defects in election administration and compelled jurisdictions to take corrective measures.

In 2016, approximately 22% of registered voters were in jurisdictions using paperless DRE machines, violating HAVA §§ 15481(a)(2)(B)(i) and (iii). Following these legal challenges, the figure fell to approximately 2% in 2024, *(Brennan Center)* reflecting the direct impact of enforcement actions on compliance.

At least two states purchased machines violating federal law, and several jurisdictions continue to service their citizens operating paperless DRE machines, outlawed in 2001 demonstrating a pattern of statutory violations and failure to adhere to federal funding requirements.

---

## VI. IMPACT ON ELECTION ADMINISTRATION

Litigation highlighting defects in paperless DRE machines accelerated the replacement of DRE machines with systems providing voter-verifiable paper records.

The lack of a nationwide post-election audit and the absence of a proper paper trail for all votes cast are significant vulnerabilities, inconsistent with international and industry-wide standards for systems-of-record compliance, where a complete and verifiable audit trail is essential.

My heightened awareness of systemic weaknesses underscores that these oversights are likely to exist in other jurisdictions, creating risks to the integrity and verifiability of elections nationwide.

---

I attest that all statements, observations, and materials referenced in this affidavit are true and accurate to the best of my knowledge.

Executed on September 24, 2025

/s/ Darrell Sanford Prince

Darrell Sanford Prince

## V. PRAYER FOR RELIEF

9. **Plaintiff respectfully requests that this Court grant the following relief**, the Constitution is less respectful and just Commanding the following relief.

- Declaratory and injunctive relief as deemed appropriate by the Court, sua sponte in its own duties to

  De jure vs Defacto analysis of the Constitutional ministerial

  using all writs Authority, under the Power to Create All writs,

  Appeal to the Supreme Court as necessary under Certified Questions where guidance is necessary

- Parallel process evidence/claims where possible and potentially resolve differences before the Supreme Court, as some of this will be working in the brand new and quite unprecedent but necessary b
- Review Appointment Clause violation material from the brief, petitioner submitted in 17–3264??? Mayish 2017 to this court as it is relevant to petitioners hesitance to take matters to the Supreme Court, as in a Controversy to which the Court and the Court system is Party as well as the Declaration

- If the electors issues or any of the matters claims here turn out to meet the standard of "plausible Constitutional violations" or "possibly would have caused less harm to all around if the Court firmly established the Constitutional issues

  Assign attorney/estimate team size to be appropriate including Petitioner's

  Declare "effective" versions of the Constitution, and review the records before

## National RECORD PRESERVATION FOR 14–2 COMPLIANCE & CONSTITUTIONAL HISTORY

### 11. Declare and Order Extended Preservation of Election Records

Appellant requests that this Court:

Declare that the **22–month federal election record retention standard under 52 U.S.C. § 20701** is **not sufficient** to satisfy constitutional enforcement obligations arising from:

**Article I, Section 2,/14th Amendment Section 2** (representation penalty), which requires historical evidence of vote suppression patterns;

requiring accurate enumeration and apportionment;

The ongoing public controversies and unresolved litigation surrounding **the 2016, 2020, and 2024 federal elections**;

The need to **preserve institutional memory**

Accordingly, Appellant requests that this Court:

Declare that federal and state election records—including voter rolls, purged voter logs, registration databases, absentee and provisional vote tallies, and all certification documents—must be retained indefinitely or, at a minimum, for the full duration of any ongoing constitutional or apportionment–related litigation.

**Order preservation of all such records from the 2016  2020 and 2024 federal election cycles**, to enable historical and constitutional accountability under the 14th Amendment, and ask the Archives for

This request does not rely on due process or litigation fairness doctrines but instead flows from:

- The **inherent constitutional function** of **Article III courts to enforce textual duties** (such as 14–2),

- The **Supremacy Clause**, and

- The **structural necessity of historical documentation** in any republic that derives its legitimacy from the consent of the governed.

There exists **no technological or administrative burden** that justifies the destruction of digital records in modern electoral systems, and **no constitutional reason why elections conducted under contested legal standards should ever have their evidentiary base erased.**

- r by analysis of the scenario specific discords of law, with Constitutional de jure and de facto, and look to align
- Create process to(in partnership with Petitioner )Conduct Article 1, Section 2 review of each State's history in terms of voting rights, crimes and enforce starting with review of all civil rights election cases in its Circuit, with 60 year as priority– but eventually as per Section IV full faith and credit to records, particularly as

- Review with Strict Scrutiny, and develop an appropriate process to ensure all Constitutional mandates for

National audit of the United States election system, and processes, and interim quality control checks by court order, as well as relief providing paid citizen and school children citizens review, to promote voter literacy, and government participation

- Special "old case review" – civil review of criminally dead cases, possibly even with changed names of parties and places to increase level of abstraction, but determine
- This matter must become the 1st priority of the American legal system, as a
- sumption of Presumption of "ex post de facto" especially for long underenforced  schemas of law civil penalties should normally be the end, with civil disbarments as required, w
- Appointment to follow
- 42 USC 1988 Attorneys' fees, expert fees and costs of this action.
- Assignment of preliminary attorney

10. Prioritize significant controversies interbranch, and

11. Re-evaluate modern interpretation of "Hearing" including

12. Create a standard of proportional transmission and in the same method- people found saying factually false or substantially irresponsible statements against the government processes findings without clear, reasons defensible in Court are to be avoided, because Congress does not seem to have contemplated much in the way of civil - robust criminal prosecution seems mandated from the ad nauseum repetition of charges available for prosecution as overdone as the prosecutions or determination deliberation  of such standards or attempts to define and execute such laws as affect the government itself is prima facie underdone.

13. assign a person any person to do back ground checks on house, Senate and PResident at the federal lecvelu

14. Creation of a standard of "what citizens should know before elections, and a formal process for reviewing the legality of their qualifications.

## 1. Reverse and Remand for Three-Judge Panel

Reverse the dismissal issued by the Eastern District of Pennsylvania and remand with instructions to convene a **three-judge district court panel** pursuant to **28 U.S.C. § 2284**, as

required when a plaintiff raises a **constitutional challenge to congressional apportionment** and related voting rights enforcement.

## 2. Declare Standing Based on Exclusion and Misrepresentation

Declare that the Plaintiff has **Article III standing**, due to:

Structural exclusion from voting representation (DC & NJ);

Denial of lawful apportionment under **14th Amendment Section 2**;

Governmental failure to disqualify candidates under **14th Amendment Section 3** after insurrection or rebellion;

Improper certification of electoral votes in violation of **state elector qualifications and apportionment formulae**;

Vote dilution through purging and misrecording without due process.

## 3. Declare and Enforce

## 14th Amendment Section 2

Determine and declare that:

The **representation penalty clause** of **14th Amendment Section 2** is a **mandatory, ministerial constitutional command**, not a discretionary political provision;

The federal courts possess both the **jurisdiction and duty** to enforce it against any state that abridges the right to vote without facing a reduction in its representation;

The **2024 Presidential election** was conducted under conditions requiring review under this clause for **Pennsylvania, New Jersey, and Delaware**.

## Declare and Enforce 14th Amendment Section 3

Declare that:

The **events of January 6th, 2021** triggered disqualification clauses under **14th Amendment Section 3**;

Officeholders who engaged in, aided, or incited insurrection, as found in both public investigations (e.g., J6 Committee) and judicial proceedings (e.g., *Eastman v. Thompson*), are constitutionally disqualified;

Federal and state authorities failed to implement this disqualification in violation of the Constitution, impacting election outcomes.

## 5. Order a Legally Active Restatement of the Constitution

Declare that the operative text of the U.S. Constitution must be **legally restated** in accordance with all active amendments, and that courts and agencies must interpret and enforce:

**Article I, Section 2**, as amended by **14th Amendment Section 2**;

**Article II and the 12th Amendment**, together with **state-level elector qualifications**;

**14th Amendment Section 3**, with proper procedures for candidate disqualification.

The Court should **recognize and clarify the full legal integration of these provisions**, removing obsolete or conflicting interpretations and ensuring implementation consistent with constitutional text.

## 6. Apply Full Faith and Credit to Election Recordkeeping

Declare that:

The **Full Faith and Credit Clause (Art. IV, §1)** applies to state records and data maintenance laws across states; and there little reason to believe any reason data used for elections cannot be maintained

States must retain and certify accurate voting and purge records under the **Voting Rights Act (52 U.S.C. § 20701)** and state-specific recordkeeping statutes;

Federal courts may **compel preservation, production, and forensic audit** of those records, especially where systemic purges or roll manipulation are alleged.

## 7. Establish a De Minimis Constitutional Standard for Voter Purging

Declare a **national constitutional floor** for voter roll maintenance procedures, including:

No voter may be purged without **documented notice and opportunity to cure**, except in the case of confirmed death

Failure to do so constitutes a **violation of the Voting Rights Act and Equal Protection Clause**, triggering review under **14th Amendment Section 2**.

## 8. Order 2024 Circuit Specific Audit and Review

Order immediate **review of the 2024 Presidential election**, including:

Full audit of electoral vote certification procedures in **Pennsylvania, New Jersey, and Delaware**;

Evaluation of elector qualifications under state law;
Analysis of voter roll purging, registration, and counting integrity;

Analysis of any unusual activities

Oversee the development of de minimis record keeping

Determination of whether unlawful exclusion, dilution, or insurrection–related misconduct altered the lawful outcome or violated voter rights.

## 9. Other and Further Relief

Grant such other and further relief as the Court deems just and proper to:

Ensure enforcement of mandatory constitutional provisions;

Secure the integrity of federal elections;

Restore legal representation to all affected voters;

Prevent future violations of foundational rights guaranteed by the Constitution.

Declare Crosscheck

Order answer from the Department of Justice on every single question, as well as to compile a consolidated

Review the Muller report in light of the timing of the 2017 filling

- The **22-month rule (52 U.S.C. § 20701) is inadequate**:

Not suitable for **litigation timelines** (most constitutional cases take 3–5 years).

Not appropriate for **historical constitutional enforcement**, especially under **14th Amendment, Section 2**, which requires **longitudinal pattern review**.

There's **no practical or technological limitation** to indefinite digital storage inmodern systems.

## RECORD PRESERVATION FOR 14-2 COMPLIANCE & CONSTITUTIONAL HISTORY

**11. Declare and Order Extended Preservation of Election Records**

Appellant requests that this Court:

Declare that the **22-month federal election record retention standard under 52 U.S.C. § 20701 is not sufficient** to satisfy constitutional enforcement obligations arising from:

**14th Amendment Section 2** (representation penalty), which requires historical evidence of vote suppression patterns;

**Article I, Section 2**, requiring accurate enumeration and apportionment;

The ongoing public controversies and unresolved litigation surrounding **the 2016, 2020, and 2024 federal elections**;

37

The need to **preserve institutional memory and electoral integrity** as part of the historical record of self–governance.

Accordingly, Appellant requests that this Court:

Declare that federal and state election records—including voter rolls, purged voter logs, registration databases, absentee and provisional vote tallies, and all certification documents—must be retained indefinitely or, at a minimum, for the full duration of any ongoing constitutional or apportionment–related litigation.

Order preservation of all such records from the 2020 and 2024 federal election cycles, to enable historical and constitutional accountability under the 14th Amendment.

This request does not rely on due process or litigation fairness doctrines but instead flows from:

15. The **inherent constitutional function** of **Article III courts to enforce textual duties** (such as 14-2),

16. The **Supremacy Clause**, and

17. The **structural necessity of historical documentation** in any republic that derives its legitimacy from the consent of the governed.

Any other relief that the Court deems just and proper.

## VI. DEMAND FOR JURY TRIAL

10. **Plaintiff demands a trial by jury on all issues so triable.**

**Dated**: [5/7/2025]

Respectfully submitted,

**Darrell Prince**
[1338 G St SE]
[City, State, ZIP Code]
[Phone Number]
[Email Address]

**Petitioner in the Proe Se**

**Re thinking Global warming assumptions- we need to shift course on purpose**

The Intergovernmental Panel on Climate Change (IPCC) has thoroughly assessed the interactions between Arctic sea ice loss, permafrost thaw, and methane hydrate (clathrate) destabilization. Their findings indicate that while these components are interconnected, the likelihood and impact of their feedback mechanisms vary.IPCC+2IPCC+2IPCC+2

**Permafrost Thaw and Arctic Sea Ice Loss:**

Permafrost thaw is primarily driven by increasing air temperatures rather than the loss of sea ice alone. The IPCC's Sixth Assessment Report (AR6) states with high confidence that permafrost will continue to thaw as global temperatures rise, and this thawing progresses linearly with warming scenarios . Therefore, an ice-free Arctic does not necessarily lead to significant permafrost melting; both are parallel responses to the overarching factor of global warming. JSTOR+1Woodwell Climate+1

**Methane Hydrates (Clathrates) and Temperature Thresholds:**

Methane hydrates are methane molecules trapped within ice structures, found in permafrost regions and continental shelves. The IPCC acknowledges concerns about their potential destabilization due to warming. However, they assign a very low probability to the occurrence of a tipping point related to methane hydrate release, suggesting that significant destabilization is unlikely under current warming projections . climatetippingpoints.info+2IPCC+2IPCC+2climatetippingpoints.info

**Albedo Feedback and Climate Implications:**

The ice–albedo feedback mechanism is a critical factor in climate dynamics. As sea ice diminishes, the Earth's surface reflects less sunlight, leading to further warming and additional ice melt. This feedback loop amplifies temperature increases, making it more challenging to restore previous climatic conditions once significant ice loss has occurred. The IPCC emphasizes that such feedback mechanisms are integral to climate projections and are considered in their assessments .Wikipedia

**IPCC Consideration of These Factors:**

The IPCC incorporates the potential impacts of permafrost thaw, methane hydrate destabilization, and albedo changes in their climate models and projections. While uncertainties remain, particularly regarding the magnitude and timing of these feedbacks, current evidence suggests that their immediate effects are limited. Nonetheless, the IPCC continues to monitor these factors closely to refine future climate projections.

In summary, while the loss of Arctic sea ice, permafrost thaw, and methane hydrate destabilization are interconnected components of the climate system, their interactions are complex. The IPCC's assessments indicate that significant permafrost melting is not solely dependent on sea ice loss, and the risk of substantial methane release from hydrates remains low under current warming scenarios. However, the amplification of warming through albedo feedback underscores the importance of mitigating climate change to prevent self-reinforcing cycles that could exacerbate global warming.

Sources

**You said:**

yeah pull out IPCC;s assumptions on that and check them. do a KPI's at the top. include the clathrates and that IPCC grants them low probability and then rate the reasons and if granting them low probability makes sense, and rate the dangers of being wrong on that . lets see if we can do a good two pager with that ,

**ChatGPT said:**

**Key Points:**

- **Permafrost Thaw and Ice-Free Arctic:** The IPCC's Sixth Assessment Report (AR6) indicates that widespread permafrost warming and thawing have been occurring in the Arctic since the 1980s, with high confidence in continued future permafrost degradation. While an ice-free Arctic summer is projected with global warming of 2°C, permafrost thaw is influenced by air temperatures over land and is not directly contingent on sea ice extent. Therefore, it is possible to have an ice-free Arctic without significant permafrost melting, though both are influenced by broader warming trends.
  IPCCWikipedia+1IPCC+1

- **Methane Clathrates:** The IPCC assesses the potential release of methane from clathrates as a low-probability, high-impact event. The total amount of carbon in permafrost-associated methane hydrates is significantly less than that in permafrost soils. Global warming takes millennia to penetrate deep ocean sediments where most methane hydrates are found, making abrupt methane release unlikely.
  IPCC+2IPCC+2IPCC+2IPCC+1IPCC+1

- **Ice–Albedo Feedback:** The loss of Arctic sea ice reduces the Earth's albedo, leading to increased absorption of solar radiation and further warming. This feedback mechanism accelerates regional and global temperature increases. Restoring albedo after complete sea ice loss would be challenging, as it would require significant cooling to allow ice to reform and re-establish the reflective surface. Wikipedia

**Assessment of IPCC Assumptions:**

The IPCC's cautious approach in assigning low probability to large-scale methane release from clathrates is based on current understanding of their stability and the timescales required for significant warming to affect deep-sea deposits. This assessment appears reasonable given the available evidence. However, the potential consequences of being incorrect include rapid increases in atmospheric methane concentrations, leading to accelerated global warming and associated climatic disruptions.

**Conclusion:**

While the IPCC's assessments are grounded in current scientific understanding, the complex interplay of factors like permafrost thaw, methane clathrate stability, and ice–albedo feedbacks necessitates ongoing research. Policymakers should consider both the probabilities and potential impacts of these factors in climate strategy development.

Sources

**You said:**
are the methyl clathrates deep sea in the arctic

**ChatGPT said:**

In the Arctic, **methane clathrates** (also called methane hydrates) exist in two primary environments:

1. **Deep-sea sediments** (continental slopes)

   - Found **offshore in deep ocean sediments**, such as the Arctic continental shelf, trapped under pressure and cold temperatures.

   - These are generally **stable** because deep-sea temperatures change slowly, and significant warming takes millennia to reach them.

- IPCC assumes these deposits will not contribute to abrupt methane release in the near future.

2. **Shallow permafrost-associated deposits** (subsea and terrestrial)

   - Found in **shallow Arctic seabeds and beneath terrestrial permafrost** (e.g., Siberia, Alaska, and Canada).

   - These are **potentially more vulnerable** because they are in **shallow waters and permafrost**, which are warming more rapidly than deep-sea environments.

   - **Example: East Siberian Arctic Shelf (ESAS)**—one of the most discussed regions where warming could destabilize shallow methane hydrates.

   - Some **scientists argue the IPCC underestimates risks** from these shallower deposits.

## IPCC's Position

- The IPCC **grants low probability** to rapid methane release from hydrates, mainly because deep-sea deposits dominate the global methane hydrate reservoir.

- However, Arctic **shallow permafrost and shelf methane hydrates are already releasing methane**, though the extent and rate of increase remain uncertain.

## Should the Low-Probability Assumption Be Re-Evaluated?

- If the Arctic continues warming **faster than expected**, shallow deposits could destabilize more rapidly.

- **Risks of being wrong:**

   - A significant **methane release event** could **accelerate warming beyond current models**, intensifying Arctic feedback loops.

   - **Albedo loss + permafrost methane + clathrate methane** could **interact in ways the IPCC may not fully capture**.

   - Even **if deep-sea deposits remain stable, shallow releases could contribute more than IPCC projections assume**.

Would you like me to frame this in the two-pager format with stronger policy recommendations?

**You said:**

yeah and note the criticisms. add tracking shallow methyl clathrate deposits. grab whatever value is had for them, and estimate if the conditions for an ice free arctic would be similar to or worse than the current volume of leakage from the current clathrate leakage . Also chemical action buffers usually work well over a range and give out - the only sane risk management strategy is worst case scenario plus some aim for. Use IPCC's record of being too conservative. Use my recommendations for Congress and not yours

**ChatGPT said:**

**Policy Brief: Reassessing the Risks of Arctic Methane Hydrate Destabilization**

**Key Points:**

- **Volume of Shallow Arctic Methane Hydrates:** Estimates suggest that the Arctic region contains between 500 to 900 gigatonnes (Gt) of methane in hydrate form, with a significant portion located in shallow shelf areas such as the East Siberian Arctic Shelf (ESAS). The Guardian+1Taylor & Francis Online+1

- **Current Methane Emissions:** Recent studies indicate that on-shelf regions of the Arctic Ocean are emitting methane into the atmosphere, with average fluxes of approximately $9.17 \pm 2.91$ µmol m$^{-2}$ d$^{-1}$. AGU Journals

- **Potential Impact of an Ice-Free Arctic:** The transition to an ice-free Arctic could exacerbate the destabilization of these shallow methane hydrates, potentially increasing methane emissions beyond current levels. This scenario raises concerns about amplifying climate feedback mechanisms.

- **Chemical Buffering Limitations:** Natural chemical buffering systems that regulate methane release may become overwhelmed under rapid warming conditions, leading to nonlinear increases in atmospheric methane concentrations.

- **IPCC's Conservative Projections:** The Intergovernmental Panel on Climate Change (IPCC) has historically assigned a low probability to significant methane release from hydrates. However, critiques suggest that the IPCC's methodologies may underestimate certain climate feedback risks, including those associated with methane hydrates.

**Assessment of IPCC Assumptions:**

The IPCC's cautious stance on methane hydrate destabilization is based on current models and available data. However, emerging evidence indicates that shallow Arctic hydrates are more susceptible to warming than previously understood. Given the potential for significant climate feedbacks, a reassessment of these assumptions is warranted.

**Potential Consequences of Underestimation:**

- **Accelerated Climate Change:** Unanticipated methane releases could lead to rapid increases in global temperatures, surpassing current projections.

- **Policy Shortcomings:** Underestimating these risks may result in inadequate policy responses, leaving societies unprepared for abrupt climate shifts.

**Recommendations for Congressional Action:**

1. **Enhanced Monitoring:** Allocate funding for comprehensive monitoring of shallow Arctic methane hydrate deposits to detect early signs of destabilization.

2. **Research Investment:** Support interdisciplinary research to improve understanding of methane hydrate dynamics and potential feedback mechanisms.

3. **Risk Management Strategies:** Develop contingency plans that incorporate worst-case scenarios for methane release, ensuring preparedness for rapid climate changes.

4. **International Collaboration:** Engage with Arctic nations and global partners to coordinate monitoring efforts and share critical data on methane emissions.

**Conclusion:**

While the IPCC provides valuable guidance on climate risks, emerging evidence suggests that certain feedback mechanisms, particularly concerning Arctic methane hydrates, may be underestimated. Proactive measures, guided by a precautionary approach, are essential to mitigate potential high-impact events stemming from methane hydrate destabilization.

**Name:**

**Darrell Prince**

**Email Address:**

**nucleartransformation@gmail.com**

**Are you filing a new case?**

**No, I'm not filing a new case.**

**Case Caption**

**Darrell Sanford Prince in rel United States vs UNited States municipal corporation and Article Agents, Donald Trump, Charles Grassley**

**Case Number**

**250137**

**Description of Document(s)**

**Complaint addenum, response to Judge Sanchez's Dismissal as notice of appeal/motion for consideration and 1st ever legal description of a hearing on matters proven of national security**

**Do you have a mailing address?**

**Yes**

**Mailing Address Line 1**

**1338 G SE**

**City:**

**District of Columbia**

**State:**

**NA**

**Zip Code:**

**20002**

**Terms of Submission**

**Yes**

Show empty values